# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NED SIMERLEIN, individually and on behalf of
all others similarly situated,

                                   Plaintiffs,

v.

TOYOTA MOTOR CORPORATION, TOYOTA
MOTOR NORTH AMERICA, INC., TOYOTA
MOTOR SALES, USA, INC., TOYOTA MOTOR
ENGINEERING & MANUFACTURING NORTH
AMERICA, INC., and TOYOTA MOTOR
MANUFACTURING, INDIANA, INC.,

                                   Defendants.

Case No. 3:17-cv-01091-VAB

July 18, 2017

## MOTION TO ADMIT VISITING LAWYER

Pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure of the United States

District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court,

moves that

Demet Basar, Esq.
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue, 10th Floor
New York, NY 10016
Tel: (212) 545-4664
Fax: (212) 545-4653
Email: basar@whafh.com

be admitted as visiting lawyer before the Court in this proceeding to appear on behalf of the

plaintiff Ned Simerlein.  In accordance with the requirements of Local Rule 83.1(d)(1), Attorney

Basar's affidavit is attached hereto as Exhibit A, containing the representations required by Local Rule 83.1(d)(1). In further support of this motion, the undersigned represents as follows:

1.      The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

2.      As set forth in her affidavit attached hereto, Attorney Basar has designated the undersigned, David L. Belt, a member of the bar of this Court and the attorney sponsoring her application, to be admitted as visiting lawyer, as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission before this Court in this proceeding.

3.      A Certificate of Good Standing from the Bar of the State of New York for Demet Basar will be filed promptly after this motion is granted.

4.      A fee of $75 has been paid to the Clerk of the Court in accordance with Local Rule 83.1(d)(3).

WHEREFORE, the undersigned hereby moves that Attorney Demet Basar be admitted to practice before the United States District Court for the District of Connecticut as visiting lawyer in this proceeding.

RESPECTFULLY SUBMITTED,


 /s/ David L. Belt_____
David L. Belt (CT04274)
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT  06460
Telephone: (203) 877-8000
Fax: (203) 878-9800
DBelt@hssklaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| NED SIMERLEIN, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:17-cv-01091 |
| v. | |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR MANUFACTURING, INDIANA, INC., | |
| Defendants. | |

**AFFIDAVIT OF DEMET BASAR, ESQ**
**IN SUPPORT OF MOTION FOR ADMISSION AS VISITING LAWYER**

The undersigned, being duly sworn, hereby deposes and says as follows:

1.     I am a partner of the law firm of Wolf Haldenstein Adler Freeman & Herz LLP.

My office address, telephone number, facsimile number and email address are as follows:

> Demet Basar, Esq.
> Wolf Haldenstein Adler Freeman & Herz LLP
> 270 Madison Avenue, 10th Floor
> New York, NY 10016
> Tel: (212) 545-4664
> Fax: (212) 545-4653
> Email: basar@whafh.com

2.     I am a member in good standing in the bars of the State of New York (bar number 2486710) and the State of New Jersey (bar number 039951990). I am also admitted to the U.S. District Courts for the Southern District of New York, the Central District of Illinois, the District

of New Jersey, and the Eastern District of Wisconsin.  I have been admitted to practice before the U.S. Courts of Appeals for the Second, Sixth, Seventh, Eighth, and Ninth Circuits.  I have not been admitted to the bar of any other state or federal court.

3.      I have not been denied admission to, been disciplined by, or resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court, or any other court, while facing a disciplinary complaint.

4.      I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5.      Pursuant to L. Civ. R. 83.1(d)(1)(e), I designate Attorney David A. Slossberg, the sponsor of my admission, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.  Pursuant to L. Civ. R. 83.1(c)(1), I designate Attorney David. A. Slossberg as the member of the bar of this court upon whom service of all papers shall also be made.

_____
Demet Basar

Subscribed and sworn to before me,
this 12 day of July, 2017

_____
Notary Public

My commission expires:

/794388

RYAN C. DILL
Notary Public, State of New York
No. 01DI6334815
Qualifed in New York County
Commission Expires 12/21/2019

2

## CERTIFICATE OF SERVICE

This is to certify that on July 18, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

/s/ David L. Belt