UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR MANUFACTURING, INDIANA, INC.,<br><br>Defendants. | Case No. 3:17-cv-01091-VAB<br><br><br><br><br><br><br><br><br><br><br><br>July 18, 2017 |

## **MOTION TO ADMIT VISITING LAWYER**

Pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, moves that

Kate M. McGuire, Esq.
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue, 10th Floor
New York, NY 10016
Tel: (212) 545-4773
Fax: (212) 545-4653
Email: mcguire@whafh.com

be admitted as visiting lawyer before the Court in this proceeding to appear on behalf of the

plaintiff Ned Simerlein. In accordance with the requirements of Local Rule 83.1(d)(1), Attorney

McGuire's affidavit is attached hereto as Exhibit A, containing the representations required by Local Rule 83.1(d)(1). In further support of this motion, the undersigned represents as follows:

1. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

2. As set forth in her affidavit attached hereto, Attorney McGuire has designated the undersigned, David L. Belt, a member of the bar of this Court and the attorney sponsoring her application, to be admitted as visiting lawyer, as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission before this Court in this proceeding.

3. A Certificate of Good Standing from the Bar of the State of New York for Kate M. McGuire will be filed promptly after this motion is granted.

4. A fee of $75 has been paid to the Clerk of the Court in accordance with Local Rule 83.1(d)(3).

WHEREFORE, the undersigned hereby moves that Attorney Kate M. McGuire be admitted to practice before the United States District Court for the District of Connecticut as visiting lawyer in this proceeding.

RESPECTFULLY SUBMITTED,

/s/ David L. Belt
David L. Belt (CT04274)
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT  06460
Telephone: (203) 877-8000
Fax: (203) 878-9800
DBelt@hssklaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR MANUFACTURING, INDIANA, INC.,<br><br>          Defendants. | Case No. 3:17-cv-01091 |

**AFFIDAVIT OF KATE M. McGUIRE, ESQ**
**IN SUPPORT OF MOTION FOR ADMISSION AS VISITING LAWYER**

The undersigned, being duly sworn, hereby deposes and says as follows:

1.  I am of counsel to the law firm of Wolf Haldenstein Adler Freeman & Herz LLP. My office address, telephone number, facsimile number and email address are as follows:

  Kate M. McGuire, Esq.
  Wolf Haldenstein Adler Freeman & Herz LLP
  270 Madison Avenue, 10th Floor
  New York, NY 10016
  Tel: (212) 545-4773
  Fax: (212) 545-4653
  Email: mcguire@whafh.com

2.  I am a member in good standing in the bar of the State of New York (registration number 3037041). I am also admitted to the U.S. District Courts for the Southern and Eastern Districts of New York. I have not been admitted to the bar of any other state or federal court.

3. I have not been denied admission to, been disciplined by, or resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court, or any other court, while facing a disciplinary complaint.

4. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. Pursuant to L. Civ. R. 83.1(d)(1)(e), I designate Attorney David A. Slossberg, the sponsor of my admission, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission. Pursuant to L. Civ. R. 83.1(c)(1), I designate Attorney David. A. Slossberg as the member of the bar of this court upon whom service of all papers shall also be made.

*Kate McGuire*
Kate M. McGuire

Subscribed and sworn to before me,
this 12th day of July, 2017

*Ryan C. Dill*
Notary Public

My commission expires: 12/21/2019

/794214

RYAN C. DILL
Notary Public, State of New York
No. 01DI6334815
Qualified in New York County
Commission Expires 12/21/2019

2

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that on July 18, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

/s/ David L. Belt