IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff<br><br>      v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR MANUFACTURING, INDIANA, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br>3:17-cv-01091-VAB<br><br><br>November 30, 2017 |

**DEFENDANTS' MOTION FOR ADMISSION**
***PRO HAC VICE* OF MICHAEL L. MALLOW**

      Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure, Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, USA, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., And Toyota Motor Manufacturing, Indiana, Inc., ("Defendants"), by and through the undersigned counsel, a member in good standing of the bar of this Court, respectfully moves for the admission of Michael L. Mallow, to represent Defendants in this matter as a visiting attorney. The undersigned represents that Attorney Mallow is familiar with the issues that will be litigated in this action. The undersigned represents that the admission of Attorney Mallow would not require modification of any existing scheduling orders or deadlines.

      In support of this Motion, the undersigned states as follows:

      1.      Attorney Mallow is a partner at the law firm of Sidley Austin LLP.

2. Attorney Mallow's office address is 555 West 5th Street, Suite 4000, Los Angeles, California, 90013. His direct telephone number is 213-896-6666. His fax number is 213-896-6600. His email address is mallow@sidley.com.

3. Attorney Mallow is currently a member in good standing of the bar of the State of California (SBN: 188745), District of Columbia (SBN: 435158), Maryland (attorney no. 9112180195), Virginia (SBN: 39629), Illinois (188745), and New Jersey (Attorney I.D. 037931991). He is also admitted to practice before the U.S. District Courts for the Western District of Missouri, Southern District of Florida, Southern District of Indiana, District of Columbia, Southern District of California, Central District of California, Northern District of California, Eastern District of California, Southern District of New York, Eastern District of New York, District of Oregon, Northern District of Texas, District of Utah, Pennsylvania Middle District, and the Northern District of Illinois as well as the Washington Superior Court Spokane County and Oklahoma Superior Court 15th Judicial District. He has been admitted to practice before the U.S. Court of Appeals for the Third Circuit, Fourth Circuit, Seventh Circuit, Ninth Circuit, Tenth Circuit, the Supreme Court of California, the District of Columbia Court of Appeals and the Supreme Court of the United States. Attorney Mallow has never been a member of any other bar.

4. Attorney Mallow has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. Attorney Mallow has never been denied admission to, been disciplined by, resigned from, surrendered by license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. Attorney Mallow has fully reviewed and is familiar with the Federal Rules of

Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.	Attorney Mallow, pursuant to L. R. Civ. P. 83.1(c)(1) and 83.1(d)(1)(e), designates the undersigned, Michael D. Blanchard (ct25891), a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring his application *pro hac vice* and as his agent for service of process upon whom service of all papers shall be made.  Attorney Mallow, pursuant to L. R. Civ. P. 83.1(d)(1), designates the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

8.	The Affidavit of Michael L. Mallow is attached hereto as Exhibit A, in further support of this Motion pursuant to L. R. Civ. P. 83.1(d)(1).  A Certificate of Good Standing from the State of California is attached to the Affidavit of Michael L. Mallow as Exhibit 1.

Wherefore, Defendants respectfully request that the Court grant this motion for admission *pro hac vice* of Michael L. Mallow.

Dated: November 30, 2017

DEFENDANTS,
TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR MANUFACTURING, INDIANA, INC.,

By /s/ Michael D. Blanchard
Michael D. Blanchard [ct25891]
michael.blanchard@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT  06103-3178
Tel.  +1.860.240.2700
Fax  +1.860.240.2701

*Their Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2017, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael D. Blanchard
Michael D. Blanchard
