UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, et al<br><br>                    Plaintiffs,<br>v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>                    Defendants. | Case No. 3:17-cv-01091-VAB |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7(a)(1) of the District of Connecticut local Rules of Civil Procedure, Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, USA, Inc., Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor Manufacturing, Indiana, Inc. (collectively, "the Toyota Defendants"), by and through their undersigned counsel, respectfully submit this motion to dismiss Plaintiffs Ned Simerlein, James Eckhoff, Marciel Lopez, Craig Kaiser, and John Prendergast's claims in their entirety.

Specifically, Eckhoff, Lopez, Kaiser and Prendergast's claims should be dismissed because the court lacks jurisdiction over their claims which have no connection to Connecticut. Simerlein's claims should be dismissed because he fails to state a claim for breach of express warranty, breach of implied warranty, violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), unjust enrichment, and violation of the federal Magnuson Moss Warranty Act claim ("MMWA").

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

      In further support of their motion, Defendants submit the attached Memorandum of Law In Support of Their Motion to Dismiss.

| | |
|---|---|
| DATED: December 4, 2017 | Respectfully submitted, |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | */s/Michael D. Blanchard* |
| | Michael D. Blanchard [ct25891] |
| | *michael.blanchard@morganlewis.com* |
| | One State Street |
| | Hartford, CT 06103 |
| | Tel: (860) 240-2700 |
| | Fax: (860) 240-2515 |
| | |
| | **SIDLEY AUSTIN LLP** |
| | Michael L. Mallow *(pro hac vice)* |
| | Mark D. Campbell *(pro hac vice)* |
| | Rachel A. Straus *(pro hac vice)* |
| | *mmallow@sidley.com* |
| | *mcampbell@sidley.com* |
| | *rstraus@sidley.com* |
| | 555 West Fifth Street, Suite 4000 |
| | Los Angeles, CA 90013 |
| | Tel: (213) 896-6000 |
| | Fax: (213) 896-6600 |
| | |
| | *Counsel for Defendants* |

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2017, I caused a copy of the foregoing document, entitled, **DEFENDANTS' MOTION TO DISMISS**, to be filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record as well as attorneys registered to receive such filings.

>*/s/ Michael D. Blanchard*
>Michael D. Blanchard
>Morgan, Lewis & Bockius LLP
>*Counsel for Defendants*