UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, individually and on behalf of all other similarly situated,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. and TOYOTA MOTOR MANUFACTURING, INDIANA, INC. | CASE NO. 3:17-CV-01091-VAB<br><br><br><br><br><br>December 11, 2018 |

## MOTION TO PERMIT JOHN P. HOOPER TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, USA, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Manufacturing, Indiana, Inc. (hereinafter "Defendants") move this Court to permit John P. Hooper to appear *pro hac vice* in the above-captioned action on their behalf.  In support of this motion, the undersigned counsel relies upon the attached Declaration submitted by Mr. Hooper.

PLEASE TAKE NOTICE that this application is made upon the papers, and unless counsel for Plaintiff objects to the application, no oral argument is requested.

WHEREFORE, Defendants respectfully request that this Court grant this motion.

**DEFENDANTS
TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR MANUFACTURING, INDIANA, INC.**

By: */s/ Kevin M. Smith*
Kevin M. Smith (ct24774)
Wiggin and Dana, LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
203-498-4400 (phone)
203-782-2889 (fax)
ksmith@wiggin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this day a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                                */s/ Kevin M. Smith*
                                                                                                Kevin M. Smith

26940\1\4834-9251-6738.v1