UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR MANUFACTURING, INDIANA, INC.,<br><br>          Defendants. | Case No. 3:17-cv-01091-VAB<br><br><br><br><br><br><br><br><br><br>April 2, 2019 |

## MOTION TO ADMIT VISITING LAWYER

Pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, moves that

 Daniel R. Ferri
 DiCello Levitt Gutzler LLC
 Ten North Dearborn Street, Eleventh Floor
 Chicago, Illinois 60602
 Telephone: 312-214-7900
 Email: dferri@dicellolevitt.com

be admitted as visiting lawyer before the Court in this proceeding to appear on behalf of the proposed class. In accordance with the requirements of Local Rule 83.1(d)(1), Attorney Daniel R. Ferri's affidavit is attached hereto as Exhibit A, containing the representations required by Local Rule 83.1(d)(1). In further support of this motion, the undersigned represents as follows:

1.      The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

2.      As set forth in his affidavit attached hereto, Attorney Daniel R. Ferri has designated the undersigned, David A. Slossberg, a member of the bar of this Court and the attorney sponsoring his application, to be admitted as visiting lawyer, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission before this Court in this proceeding.

3.      A Certificate of Good Standing from the Bar of the State of Illinois for Attorney Daniel R. Ferri is attached hereto as Exhibit B.

4.      A fee of $75 has been paid to the Clerk of the Court in accordance with Local Rule 83.1(d)(3).

WHEREFORE, the undersigned hereby moves that Attorney Daniel R. Ferri be admitted to practice before the United States District Court for the District of Connecticut as visiting lawyer in this proceeding.

                            Respectfully submitted,

*/s/ David A. Slossberg*
David A. Slossberg (ct13116)
David L. Belt (ct04274)
Jeffrey P. Nichols (ct29547)
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, Connecticut 06460
Telephone: 203-877-8000
DSlossberg@hssklaw.com
DBelt@hssklaw.com
JNichols@hssklaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on April 2, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

*/s/ David A. Slossberg*