UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, JAMES ECKHOFF, MARICEL LOPEZ, CRAIG KAISER, JOHN F. PRENDERGAST, RAYMOND and ROSARIO ALVAREZ, KAREN EASON, JENNIFER SOWERS, JENNIFER FRANKLIN, JORDAN AMRANI, CRYSTAL GILLESPIE, MELISSA STALKER, DILLEN STEEBY, PAULA McMILLIN, JOSEPH C. HARP Jr., and JAMES and MELISSA JUGO TINNEY, individually and on behalf of all others similarly situated, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. and TOYOTA MOTOR MANUFACTURING, INDIANA, INC. | CASE NO. 3:17-CV-01091-VAB <br><br> UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS |

Plaintiffs Ned Simerlein, James Eckhoff, Maricel Lopez, Craig Kaiser, John F. Prendergast, Raymond and Rosario Alvarez, Karen Eason, Jennifer Sowers, Jennifer Franklin, Jordan Amrani, Crystal Gillespie, Melissa Stalker, Dillen Steeby, Paula McMillin, Joseph C. Harp Jr., and James and Melissa Jugo Tinney ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully submit this unopposed Motion pursuant to Rule 23 of the Federal Rules of Civil Procedure for entry of an Order:

    1.    Confirming that the Class Action Settlement is fair, reasonable, and adequate, and in the best interest of the Class and is in full compliance with all applicable requirements of the Federal Rules of Civil Procedure, the United States Constitution

(including the Due Process Clause), the Class Action Fairness Act, and any other applicable law;

2. Granting final approval of the Class Action Settlement, including the Settlement Agreement and all exhibits thereto;

3. Confirming that the Class meets all applicable requirements of Fed. R. Civ. P. 23(a) and (b)(3);

4. Confirming Certification of the nationwide Class for settlement purposes only;

5. Confirming that the Class Notice is reasonable and adequate and meets all the applicable requirements of Fed. R. Civ. P. 23(a) and (b)(3):

6. Confirming that the Class notice was provided to governmental authorities in compliance with the Class Action Fairness Act, 28 U.S.C. § 1715(d);

7. Overruling all objections to the Settlement;

8. Finding that the form content, and methods of disseminating Class Notice of the Settlement constituted the best notice practicable under the circumstances and satisfied requirements of Fed. R. Civ. P. 23(c) and the United States Constitution (including the due process clause);

9. Releasing the claims of all Class Members in accordance with the terms of the Settlement;

10. Dismissing the Action with prejudice as provided for by the Settlement; and

11. Issuing a permanent injunction;

12. Dismissing the Action with prejudice as provided for by the Settlement; and

13. Issuing related relief, as appropriate.

Contemporaneously filed with this Motion are Plaintiffs' Memorandum of Law; the Declaration of Jeanne C. Finegan; and the Declaration of each Plaintiff. All other supporting declarations and exhibits, pleadings, records, and papers are on file with the Court in this Action.

A proposed Final Order and a proposed Final Judgement are submitted contemporaneously herewith.

Respectfully submitted,

PLAINTIFFS

By: /s/ David A. Slossberg

**HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC**
David A. Slossberg (ct13116)
Jeffrey P. Nichols (ct29547)
147 North Broad Street
Milford, CT 06460
Tel: 203-877-8000
Fax: 203-878-9800
dslossberg@hssklaw.com
jnichols@hssklaw.com

*Liaison Counsel for Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Demet Basar
Kate McGuire
Lydia Keaney Reynolds
270 Madison Ave.
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
basar@whafh.com
mcguire@whafh.com
reynolds@whafh.com

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
W. Daniel "Dee" Miles III
H. Clay Barnett, III
272 Commerce Street
Montgomery, AL 36104
Tel: 334/269-2343
Dee.Miles@Beasleyallen.com
Clay.Barnett@Beasleyallen.com

**DICELLO LEVITT & CASEY LLC**
Adam J. Levitt
Ten North Dearborn Street, 11th Floor
Chicago, IL 60602
Tel: 312/214-7900
alevitt@dlcfirm.com

*Class Counsel*

*Additional Plaintiffs' Counsel:*

**COHEN & MALAD, LLP**
David Cutshaw
Vess Miller
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
Fax: (317) 636-2593
dcutshaw@cohenandmalad.com
vmiller@cohenandmalad.com

**FORCHELLI DEEGAN
TERRANA LLP**
Elbert F. Nasis
The Omni
333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553
Tel: (516) 248-1700
Fax: (866) 644-6119
enasis@forchellilaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                    /s/ David A. Slossberg