UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, JAMES ECKHOFF, MARICEL LOPEZ, CRAIG KAISER, JOHN F. PRENDERGAST, RAYMOND and ROSARIO ALVAREZ, KAREN EASON, JENNIFER SOWERS, JENNIFER FRANKLIN, JORDAN AMRANI, CRYSTAL GILLESPIE, MELISSA STALKER, DILLEN STEEBY, PAULA McMILLIN, JOSEPH C. HARP Jr., and JAMES and MELISSA JUGO TINNEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR MANUFACTURING, INDIANA, INC., <br><br> Defendants. | Case No. 3:17-cv-01091-VAB <br><br><br> **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES** |

Plaintiffs Ned Simerlein, James Eckhoff, Maricel Lopez, Craig Kaiser, John F. Prendergast, Raymond and Rosario Alvarez, Karen Eason, Jennifer Sowers, Jennifer Franklin, Jordan Amrani, Crystal Gillespie, Melissa Stalker, Dillen Steeby, Paula McMillin, Joseph C. Harp Jr., and James and Melissa Jugo Tinney ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully submit this unopposed motion pursuant to Federal Rule of Civil Procedure 23(h), for an award of attorneys' fees in the amount of $6,500,000; for reimbursement of $370,972.29 in unreimbursed litigation expenses that were reasonably and necessarily incurred in prosecuting and resolving the Action; and for $2,500 to be awarded to the

1

Class Representatives in this action in recognition of their contributions to the successful prosecution of this case.

This motion is based on the contemporaneously-filed memorandum of law in support; the attached Declarations of Demet Basar, W. Daniel "Dee" Miles, III, Adam J. Levitt, David A. Slossberg, David J. Cutshaw, Elbert F. Nasis, R. Scott Long, Eric L. Dirks, Jeffrey S. Hurst, and Angela Owens, together with all exhibits thereto; and all pleadings, records, and papers on file with the Court in this action.

Dated: May 10, 2019

                                      Respectfully submitted,

                           By:  /s/ David A. Slossberg

**HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC**
David A. Slossberg (ct13116)
Jeffrey P. Nichols (ct29547)
147 North Broad Street
Milford, Connecticut 06460
Tel: (203) 877-8000
Fax: (203) 878-9800
dslossberg@hssklaw.com
jnichols@hssklaw.com

*Liaison Counsel for Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Demet Basar
Kate McGuire
Lydia Keaney Reynolds
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
basar@whafh.com
mcguire@whafh.com
reynolds@whafh.com

        **BEASLEY, ALLEN, CROW,**
        **METHVIN, PORTIS & MILES, P.C.**
        W. Daniel "Dee" Miles III
        H. Clay Barnett, III
        272 Commerce Street
        Montgomery, Alabama 36104
        Tel: (334) 269-2343
        Dee.Miles@Beasleyallen.com
        Clay.Barnett@Beasleyallen.com

        **DICELLO LEVITT GUTZLER LLC**
        Adam J. Levitt
        John E. Tangren
        Daniel R. Ferri
        Ten North Dearborn Street, Eleventh Floor
        Chicago, Illinois 60602
        Tel: (312) 214-7900
        alevitt@dicellolevitt.com
        jtangren@dicellolevitt.com
        dferri@dicellolevitt.com

        *Class Counsel*

*Additional Plaintiffs' Counsel:*

**COHEN & MALAD, LLP**
David Cutshaw
Kelley Johnson
Vess Miller
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 636-6481
Fax: (317) 636-2593
dcutshaw@cohenandmalad.com
kjohnson@cohenandmalad.com
vmiller@cohenandmalad.com

**FORCHELLI DEEGAN**
  **TERRANA LLP**
Elbert F. Nasis
The Omni
333 Earle Ovington Boulevard, Suite 1010
Uniondale, New York 11553
Tel: (516) 248-1700
Fax: (866) 644-6119
enasis@forchellilaw.com

**HENDRICKSON & LONG, PLLC**
R. Scott Long
Guy R. Bucci
John H. Tinney, Jr.
John K. Cecil
214 Capitol Street
Charleston, West Virginia 25301
Tel: (304) 346-5500
scott@handl.com
gbucci@handl.com
jtinney@handl.com
jcecil@handl.com

**WILLIAMS DIRKS DAMERON LLC**
Eric L. Dirks
Amy R. Jackson
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 945-7110
dirks@williamsdirks.com
amy@williamsdirks.com

5

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                             /s/ David A. Slossberg