**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NED SIMERLEIN, JAMES ECKHOFF, MARICEL LOPEZ, CRAIG KAISER, JOHN F. PRENDERGAST, RAYMOND and ROSARIO ALVAREZ, KAREN EASON, JENNIFER SOWERS, JENNIFER FRANKLIN, JORDAN AMRANI, CRYSTAL GILLESPIE, MELISSA STALKER, DILLEN STEEBY, PAULA McMILLIN, JOSEPH C. HARP Jr., and JAMES and MELISSA JUGO TINNEY, individually and on behalf of all others similarly situated, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. and TOYOTA MOTOR MANUFACTURING, INDIANA, INC. | CASE NO. 3:17-CV-01091-VAB |

**DECLARATION OF W. DANIEL "DEE' MILES, III, IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES,
AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES**

**W. DANIEL "DEE' MILES, III**, admitted to practice *pro hac vice* in this action, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a named principal of the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C ("Beasley Allen"), located in Montgomery, Alabama and Atlanta, Georgia, where I head the firm's Consumer Fraud and Commercial Litigation Section. I was appointed as one of the Class Counsel to the Settlement Class pursuant to this Court's January 14, 2019 Ruling and Order on Motion for Preliminary Approval. *See* ECF No. 107 at 25-26.

2. I am admitted to practice in the State of Alabama. I have also been admitted to practice in the federal courts of Alabama Middle District, Alabama Southern District, Alabama Northern District and the U.S. District Court Eastern District of Michigan, as well as the United States Courts of Appeals for the Eleventh Circuit.

3. I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives. I have personal knowledge of the matters set forth herein and are competent to testify with respect thereto.

4. From April 6, 2017 through April 30, 2019, my firm has expended 1,637 hours of work in connection with this litigation. Based upon our customary rates in this type of litigation, the lodestar value of that time is $1,177,260.00 based upon current rates.

5. My firm's work on this case was performed on a wholly-contingent basis pursuant to contingency fee contracts with the named Plaintiffs. Beasley Allen has not received any amounts in connection with this case, either as fee income or expense reimbursement.

6. Shown below is a true and correct summary identifying the attorneys and paralegals who have worked on this litigation, the number of hours, those individuals have worked, their regular hourly billing rates, and their respective lodestar values. We anticipate that additional time and expenses will be incurred for the work that Beasley Allen will be performing on this matter through the conclusion of the settlement.

The hourly rates shown below are the usual and customary lodestar rates charged in Montgomery, Alabama and in Atlanta Georgia, and the national venues in which the firm typically handles cases for each individual doing the type of work performed in this litigation. These rates were not adjusted, notwithstanding the complexity of this litigation, the skill and tenacity of the opposition, the preclusion of other employment, the delay in payment, or any

other factors that could be used to justify a higher hourly compensation. Additionally, Beasley Allen has been retained on hourly matters at these rates and I have personally been paid retainers based upon these rates.

| Professional | Title | Hrs | Rate | Lodestar |
|---|---|---|---|---|
| W. Daniel "Dee" Miles, III | Principal | 378.2 | $ 975.00 | $ 368,745.00 |
| H. Clay Barnett | Principal | 834.1 | $ 800.00 | $ 667,280.00 |
| Leslie L. Pescia | Principal | 4.7 | $ 800.00 | $ 3,760.00 |
| D. Chris Baldwin | Attorney | 20.2 | $ 500.00 | $ 10,100.00 |
| Rebecca Gilliland | Attorney | 110 | $ 500.00 | $ 55,000.00 |
| Brenda Russell | Paralegal | 288.5 | $ 250.00 | $ 72,125.00 |
| Ashley Pugh | Paralegal | 1 | $ 250.00 | $ 250.00 |
| Total | | 1637 | | $ 1,177,260.00 |

7. These amounts were derived from contemporaneous daily time records compiled on this matter, which are recorded in our computerized database. The firm requires regular and contemporaneous recording of time records, which occurred in this case.

8. The lodestar summary reflects Beasley Allen's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

9. Beasley Allen has advanced a total of $120,128.43 in expenses reasonably and necessarily incurred in connection with the prosecution of this matter. They are broken down as follows:

3

| Description | Amount | |
|---|---|---:|
| Travel Expenses | $ | 39,511.57 |
| Telephone | $ | 37.21 |
| Postage/ Shipping | $ | 328.37 |
| Printing/ Copies | $ | 69.51 |
| Expert Expenses | $ | 78,629.91 |
| Research/PACER/WestLaw | $ | 230.86 |
| Client Rental Car | $ | 1,321.00 |
| **Total** | **$** | **120,128.43** |

10.     These expenses are reflected in the books and records regularly kept and maintained by my firm.

11.     In my opinion, the time expended and incurred in prosecuting this action were reasonably and necessary for the diligent litigation of this matter.

12.     As reflected in the attached resume for my firm, I have significant experience in prosecuting a significant number of class action cases on behalf of consumers nationwide. Many of those cases resulted in settlements on behalf of those consumer classes, achieving billions of dollars in recoveries for consumers.

13.     Based upon my experience, I believe that the proposed Settlement is fair, adequate, and reasonable based upon—among other things as detailed in our briefs—the risks of continued litigation, strength of Plaintiffs' claims, and relief achieved on behalf of the individual Class members. In addition to the significant injunctive relief obtained by the attorneys, consumers are also able to claim the amount that they have paid in eligible out-of-pocket expenses related to repair of the power sliding rear doors at issue in this litigation.

14.     This case was litigated over the course of nearly two years, involving a significant amount of dismissal motion practice, informal and confirmatory discovery, and expert work.

The proposed Class Representatives fulfilled their duties to the Class by ensuring that the proposed Settlement was fair, adequate, and reasonable, stayed abreast of litigation, and provided documents and information as necessary. Accordingly, I believe that the proposed service awards to each of the proposed Class Representatives are also appropriate.

15. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2019

By: _____
W. DANIEL "DEE" MILES, III

# BACKGROUND AND RELEVANT EXPERIENCE

## I. Background of Beasley Allen

In 1978, Jere Locke Beasley founded the firm now known as Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., which is located in Montgomery, Alabama and Atlanta, Georgia. From 1970 through 1978, Jere served as Lieutenant Governor of the State of Alabama, and for a short period as Governor. In 1978, he re-entered the private practice of law representing plaintiffs and claimants in civil litigation. This was the genesis of the present law firm, which is now made up of seventy-seven attorneys and approximately two hundred support staff representing clients all over the country. Beasley Allen has thirty-nine principals, one managing partner, four supervising attorneys, five Board of Directors, and six non-attorney supervisors. Our support staff includes full time legal secretaries, paralegals, nurses, investigators, computer specialists, technologists, a public relations department, and a comprehensive trial graphics department. Beasley Allen is adequately qualified, prepared, and equipped to handle complex litigation on a national scale.

## II. Experience of Beasley Allen

Beasley Allen's highly qualified attorneys and staff work tirelessly for clients throughout the country, representing plaintiffs and claimants in the following areas: Personal Injury, Products Liability, Consumer Fraud, Class Action Litigation, Toxic Torts, Environmental Litigation, Business Litigation, Mass Torts Drug Litigation, and Nursing Home Litigation. We have handled cases involving verdicts and settlements amounting to nearly $30 billion. For instance, Beasley Allen has played an integral role in this nation's most important consumer litigation such as Vioxx MDL, BP MDL, Toyota SUA MDL, VW MDL, Chrysler Fiat MDL and many others. Beasley

Allen has recovered multi-million dollar verdicts for our clients against many corporate wrongdoers including Exxon, $11.9 billion, AstraZeneca, $216 million, G.M., $155 million, GSK, $83 million and most recently against Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., and Imerys Talc America, Inc $72 million in February of 2016, $55 million in May of 2016, $70 million in October of 2016, and $110 million in May of 2017, just to name a few.

Beasley Allen has extensive experience handling complex litigation, pharmaceutical and antitrust litigation, multidistrict litigation throughout the U.S., including district and federal courts, *qui tam* litigation, and class-action lawsuits.  Our attorneys have also represented clients testifying before U.S. Congressional committees on Capitol Hill in Washington, D.C.   Beasley Allen has also been appointed to the Plaintiff's Steering Committee in many complex litigations.

### i.    *Beasley Allen's Experience as Lead or Co-Lead Counsel in Nationwide Complex Litigation*

Beasley Allen is one of the country's leading firms involved in complex civil litigation on behalf of claimants, having represented hundreds of thousands of people and having worked with Attorney Generals in the representation of at least nine states. Our firm has a proven track record of leadership in complex business, consumer, and pharmaceutical cases throughout the country. Attorneys from Beasley Allen have been selected by Federal Courts as lead counsel or co-lead counsel in the following complex multidistrict litigations:

a. *In Re Vioxx Products Liability Litigation*, United States District Court for the Eastern District of Louisiana, Judge Eldon E. Fallon, MDL No. 1657; (Andy Birchfield, Shareholder of Beasley Allen);

b. *In Re Reciprocal of America (ROA) Sales Practices Litigation*, United States District Court for the Western District of Tennessee, Judge J. Daniel Breen, MDL No. 1551; (Dee Miles and Jere Beasley, both Shareholders in Beasley Allen);

  c. *In Re American General Life and Accident Insurance Company Industrial Life Insurance Litigation*, United States District Court for the District of South Carolina, Judge Cameron McGowan Currie, MDL No. 11429; (Dee Miles, Shareholder of Beasley Allen);

  d. *In Re Dollar General Corp. Fair Labor Standards Acts Litigation*, United States District Court for the Northern District of Alabama, Western Division, Judge U.W. Clemon, MDL No. 1635; (Dee Miles, Shareholder of Beasley Allen);

  e. *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, District of Louisiana, Judge Eldon E. Fallon, Eastern MDL No. 2592;

### ii. *Beasley Allen's Leadership Appointments on Executive and/or Plaintiff Steering Committees in Complex Multidistrict Litigation*

Beasley Allen has been appointed to the Plaintiff's Executive Committee and/or Steering Committee in many complex litigations. All of these multidistrict litigations involved multiple claims against multiple defendants, which required excellent organization and leadership from our attorneys. Beasley Allen has been appointed to the following MDL complex litigation cases:

  a. *In Re: Motor Fuel Temperature Sales Practices Litigation*, United States District Court for the Middle District of Kansas, Judge Kathryn Vratil, MDL No. 1840;

  b. *Bextra/Celebrex, Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation*, United States District Court for the Northern District of California, Judge Charles R. Breyer, MDL No. 1699;

  c. *In Re: Vioxx Products Liability Litigation*, United States District Court for the Eastern District of Louisiana, Judge Eldon E. Fallon, MDL No. 1657;

  d. *In Re: Actos (Pioglitazone) Products Liability Litigation*, United States District Court for the Western District of Louisiana, Judge Rebecca F. Doherty, MDL No. 2299;

  e. *In Re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, United States District Court for the Eastern District of Pennsylvania, Judge Cynthia M. Rufe, MDL No. 2342;

f. *In Re: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II)*, United States District Court District of New Jersey, Judge Garrett E. Brown, Jr., MDL No. 2243;

g. *In Re: Fosamax Products Liability Litigation*, United States District Court, Southern District of New York, Judge John F. Keenan, MDL No. 1789;

h. *In Re: Depuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation*, United States District Court for the Northern District of Ohio, Judge David A. Katz, MDL No. 2197;

i. *In Re: DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, US District Court for the Northern District of Texas, Judge Ed Kinkeade, MDL No. 2244;

j. *In Re: Biomet M2a Magnum Hip Implant Products Liability Litigation,* US District Court for the Northern District of Indiana, Judge Robert L. Miller, Jr., MDL No. 2391;

k. *In Re: Prempro Products Liability Litigation*, United States District Court, Eastern District of Arkansas, Western Division, Judge Billy Roy Wilson, MDL No. 1507;

l. *In Re: Mirena IUD Products Liability Litigation*, United States District Court, Southern District of New York, Judge Cathy Seibel, MDL No. 2434;

m. *In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, United States District Court, District of Massachusetts, Judge Douglas P. Woodlock, MDL No. 2428;

n. *In Re: American Medical Systems, Inc. Pelvic Repair Systems Products Liability Litigation*, United States District Court, Southern District of Ohio, Judge Joseph R. Goodwin, MDL No. 2325;

o. *In Re: C.R. Bard, Inc. Pelvic Repair Systems Products Liability Litigation*, United States District Court, Charleston Division, Judge Joseph R. Goodwin, MDL No. 2187;

p. *In Re: Boston Scientific Corp. Pelvic Repair Systems Products Liability Litigation*, United States District Court, Southern District of West Virginia, Judge Joseph R. Goodwin, MDL No. 2326;

q. *In Re: Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation*, United States District Court, Charleston Division, Judge Joseph R. Goodwin, MDL No. 2327;

r. *In Re: Coloplast Corp. Pelvic Repair Systems Products Liability Litigation*, United States District Court, Charleston Division, Judge Joseph R. Goodwin, MDL No. 2387;

s. *In Re: Google Inc. Gmail Litigation*; United States District Court for the Northern District of California, San Jose Division, Judge Lucy H. Koh, MDL No. 2430;

t. *In Re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, United States District Court for the Central District of California, Judge James V. Selna, MDL No. 2151;

u. *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*; California Northern District (San Francisco), Hon. Charles R. Breyer, Case No. 3:15-md-02672-CRB;

v. *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, District of Louisiana, Judge Eldon E. Fallon, Eastern MDL No. 2592;

w. *In re: Target Corporation Customer Data Security Breach Litigation*, United States District Court for the District of Minnesota, Judge Paul A. Magnuson, MDL No. 2522;

x. *In re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation*, United States District Court for the District of South Carolina, Judge Richard M. Gergel, MDL No. 2502;

y. *In re: Blue Cross Blue Shield Antitrust Litigation*, United States District Court for the Northern District of Alabama, Judge R. David Proctor, MDL No. 2406;

z. *In re: Androgel Products Liability Litigation,* United States District Court for the Northern District of Illinois, Judge Matthew F. Kennelly, MDL No. 2545;

aa. *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, United States District Court for the Northern District of Georgia, Judge, Thomas W. Thrash, Jr., MDL No. 2583;

bb. *In re: Takata Airbag Products Liability Litigation*, United States District Court for the Southern District of Florida, Judge Federico A. Moreno, MDL No. 2599, serving on a discovery committee responsible for two Auto Manufacturer's discovery[1]; and

cc. In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation, United States District Court for the Northern District of California, Judge Edward Chin, MDL No. 2777.

### iii. *Beasley Allen's Involvement as Lead or Co-Lead Counsel Representing States in Complex Litigation and Class Action Litigation Experience*

Beasley Allen is also a proven leader in complex litigation involving the manufacture, marketing, pricing, and sale of pharmaceuticals, pharmaceutical devices, and cosmetics on a national level. Beasley Allen has successfully represented the States of Alabama, Louisiana, Mississippi, Alaska, Hawaii, South Carolina, Kansas, Utah, and Kentucky involving various issues within the healthcare arena. Beasley Allen's experience representing states with complex legal theories involving Medicaid, pharmaceuticals and healthcare, antitrust, and consumer protection issues includes the Average Wholesale Price litigations concerning the fraudulent pricing of prescription drugs, the Usual and Customary litigations regarding the false reporting of pharmacy price lists, the Unapproved Drugs litigations concerning the states' reimbursement of drugs with a fraudulently obtained Medicaid reimbursement approval status, and many others. Beasley Allen serves or served as lead counsel in the following cases:

a. *State of Louisiana, ex rel. v. Fresenius Medical Care Holdings, Inc., et al.*, Suit No. 631,586, Div. "D"; 19th JDC; Parish of East Baton Rouge, Judge Janice Clark;

b. *In Re Alabama Medicaid Pharmaceutical Average Wholesale Price Litigation* filed in the Circuit Court of Montgomery, Alabama, Master Docket No. CV-2005-219, Judge Charles Price;

---

[1] Discovery Committee appointment only.

c. *In Re Kansas Medicaid Pharmaceutical Average Wholesale Price Litigation* filed in the District Court of Wyandotte County, Kansas, Master Docket No. MV-2008-0668, Division 7, Judge George A. Groneman;

d. *In Re Mississippi Medicaid Pharmaceutical Average Wholesale Price Litigation* filed in the Chancery Court of Rankin County, Mississippi, Master Docket No. 09-444, Judge W. Hollis McGehee;

e. *The State of Utah v. Apotex Corporation, et al.,* filed in the Third Judicial District Court of Salt Lake City, Utah, Case No. 08-0907678, Judge Tyrone E. Medley;

f. *The State of Utah v. Abbott Laboratories, et al.,* filed in the Third Judicial District Court of Salt Lake City, Utah, Case No. 07-0915690, Judge Robert Hilder;

g. *The State of Utah v. Actavis US, et al.*, filed in Third Judicial District Court of Salt Lake City, Utah, Case No. 07-0913717, Judge Kate A. Toomey;

h. *The State of Louisiana, et al. v. Molina Healthcare, Inc., et al.*, filed in 19th Judicial District Court, Parish of East Baton Rouge, Suit No. 631612, Judge Janice Clark;

i. *The State of Louisiana, et al. v. Takeda Pharmaceuticals America, Inc., et al.*, filed in 19th Judicial District Court, Parish of East Baton Rouge, Suit No. 637447, Judge R. Michael Caldwell;

j. *The State of Mississippi v. CVS Health Corporation, et al.*, DeSoto County, Third Chancery District, Trial Court No. 16-cv-01392, Judge Mitchell M. Lundy, Jr.;

k. *The State of Mississippi v. Fred's, Inc., et al.*, DeSoto County, Third Chancery District, Trial Court No. 16-cv-01389, Judge Mitchell M. Lundy, Jr.;

l. *The State of Mississippi v. Rite Aid Corporation, et al.*, DeSoto County, Third Chancery District, Trial Court No. 16-cv-01390, Judge Percy L. Lynchard, Jr.;

m. *The State of Mississippi v. Walgreen Co., et al.*, DeSoto County, Third Chancery District, Trial Court No. 16-cv-01391, Judge Mitchell M. Lundy, Jr.;

n.  *In the Matter of the Attorney General's Investigation,* AGO Case No. AN2014103885, Alaska Pay-for-Delay Antitrust Investigation;

o.  *State of Louisiana v. Pfizer, Inc., et al.*, Docket No. 625543, Sec. 24, 19th Judicial District Court, Parish of East Baton Rouge, Judge R. Michael Caldwell;

p.  *State of Louisiana v. Abbott Laboratories, Inc.*, et al., Docket No. 596164, Sec. 25, 19th Judicial District Court, Parish of East Baton Rouge, Judge Wilson Fields;

q.  *State of Louisiana v. McKesson Corporation*, Docket No. 597634, Sec. 25, 19th Judicial District Court, Parish of East Baton Rouge, Judge Wilson Fields;

r.  *State of South Carolina v. Abbott Laboratories, Inc., et al., In re: South Carolina Pharmaceutical Pricing Litigation*, Master Caption Number: 2006-CP-40-4394, State of South Carolina, County of Richland, Fifth Judicial Circuit, Judge J. Cordell Maddox, Jr.;

s.  *State of Alaska v. Alpharma Branded Products Division, Inc., et al.,* Case No.: 3AN-06-12026, Superior Court for the State of Alaska, Third Judicial District at Anchorage, Judge William F. Morse;

t.  *State of Alaska v. McKesson Corporation and First DataBank, Inc.*, Case No. 3AN-10-11348-CI, Superior Court for the State of Alaska, Third Judicial Circuit of Anchorage, Judge Peter A. Michalski;

u.  *State of Kansas, ex rel. v. McKesson Corporation, et al.*, Case No. 10-CV-1491, Division 2, District Court of Wyandotte County, Kansas, Judge Constance Alvey;

v.  *State of Hawaii, ex rel. v. McKesson Corporation, et al.*, Civil Action No. 10-1-2411-11, State of Hawaii, First Circuit, Judge Gary W. B. Chang;

w.  *Commonwealth of Kentucky. v. Fresenius Medical Care Holdings, Inc., et al.*, Civil Action No. 16-CI-00946, Franklin Circuit Court, Div. 2, Judge Thomas D. Wingate;

x.  *State of Mississippi v. Actavis Pharma, Inc., et al.*, Civil Action No. 17-cv-000306, Hinds County Chancery Court, District 1, Judge Patricia D. Wise;

y.  *State of Mississippi v. Barr Laboratories, Inc., et al.*, Civil Action No. 17-cv-000304, Hinds County Chancery Court, District 1, Judge J. Dewayne Thomas;

  z. *State of Mississippi v. Camline, L.L.C. (f/k/a Pamlab, L.L.C.)*, Civil Action No. 17-cv-000307, Hinds County Chancery Court, District 1, Judge J. Dewayne Thomas;

  aa. *State of Mississippi v. E. Claiborne Robins Company, Inc., et al.*, Civil Action No. 17-cv-000305, Hinds County Chancery Court, District 1, Judge Denise Owens;

  bb. *State of Mississippi v. Endo Pharmaceuticals, Inc.*, Civil Action No. 17-cv-000309, Hinds County Chancery Court, District 1, Judge J. Dewayne Thomas; and

  cc. *State of Mississippi v. United Research Laboratories, Inc., et al.*, Civil Action No. 17-cv-000308, Hinds County Chancery Court, District 1, Judge Denise Owens.

Through the various representations of the nine states listed in the previous paragraph, our firm has recovered over $1.5 billion for the states. Beasley Allen continues to represent states with complex litigation involving the manufacture and marketing of pharmaceuticals and pharmaceutical devices, including, but not limited to, allegations of unfair and deceptive trade practices, false and fraudulent claims made to the state, false advertising, antitrust, conspiracy, unjust enrichment, and various consumer protection claims.