# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, JAMES ECKHOFF, MARICEL LOPEZ, CRAIG KAISER, JOHN F. PRENDERGAST, RAYMOND and ROSARIO ALVAREZ, KAREN EASON, JENNIFER SOWERS, JENNIFER FRANKLIN, JORDAN AMRANI, CRYSTAL GILLESPIE, MELISSA STALKER, DILLEN STEEBY, PAULA McMILLIN, JOSEPH C. HARP Jr., and JAMES and MELISSA JUGO TINNEY, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. and TOYOTA MOTOR MANUFACTURING, INDIANA, INC. | CASE NO. 3:17-CV-01091-VAB |

## DECLARATION OF ADAM J. LEVITT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES

ADAM J. LEVITT, admitted to practice *pro hac vice* in this action, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a founding partner of the law firm of DiCello Levitt Gutzler LLC ("DiCello Levitt"), where I head the firm's class action and commercial litigation practice groups.  I was appointed as one of the Class Counsel to the Settlement Class pursuant to this Court's January 14, 2019 Ruling and Order on Motion for Preliminary Approval.  *See* ECF No. 107 at 25-26.

2.       I am admitted to practice in the States of Illinois and New York.  I have also been admitted to federal courts in the States of California, Colorado, Illinois, Indiana, Michigan, Minnesota, New York, Texas, and Wisconsin, as well as the United States Courts of Appeals for the First, Second, Third, Fourth, Seventh, Eighth, Ninth, and Eleventh Circuits.

3.       I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives.  I have personal knowledge of the matters set forth herein and are competent to testify with respect thereto.

4.       From the inception of this matter in April 2017 through April 30, 2019, my firm has expended 718.9 hours of work in connection with this litigation.  Based upon our customary rates in this type of litigation, the lodestar value of that time is $597,254.00 based upon current rates.

5.       My firm's work on this case was performed on a wholly-contingent basis pursuant to contingency fee contracts with the named Plaintiffs.  DiCello Levitt has not received any amounts in connection with this case, either as fee income or expense reimbursement.

6.       Shown below is a true and correct summary identifying the attorneys and paralegals who have worked on this litigation, the number of hours, those individuals have worked, their regular hourly billing rates, and their respective lodestar values.  We anticipate that additional time and expenses will be incurred for the work that DiCello Levitt will be performing on this matter through the conclusion of the settlement.

7.       The hourly rates shown below are the usual and customary lodestar rates charged in Chicago, Illinois, and the national venues in which the firm typically handles cases for each individual doing the type of work performed in this litigation.  These rates were not adjusted, notwithstanding the complexity of this litigation, the skill and tenacity of the opposition, the

preclusion of other employment, or any other factors that could be used to justify a higher hourly

compensation.  Additionally, DLC has been retained on hourly matters at these rates and I have

personally been paid retainers based upon these rates.

| Name | | Hours | Rate | Lodestar |
|------|------|-------|------|----------|
| Adam J. Levitt | Partner<br>Licensed: 1993 | 405.9 | $985/hr | $399,811.50 |
| John E. Tangren | Partner<br>Licensed: 2003 | 77.2 | $800/hr | $61,760.00 |
| Amy E. Keller | Partner<br>Licensed: 2008 | 0.7 | $750/hr | $525.00 |
| Daniel R. Ferri | Associate<br>Licensed: 2010 | 215.1 | $600/hr | $129,060.00 |
| Mark M. Abramowitz | Associate<br>Licensed: 2011 | 1.5 | $525/hr | $787.50 |
| Anne Panikulangara | Paralegal | 1.4 | $325/hr | $455.00 |
| Audree Lebdjiri | Paralegal | 11.6 | $300/hr | $3,480.00 |
| Caitlin Seese | Intake Specialist | 5.5 | $250/hr | $1,375.00 |
| *Totals* | | **718.9** | | **$597,254.00** |

8.      These amounts were derived from contemporaneous daily time records compiled

on this matter, which are recorded in our computerized database. The firm requires regular and

contemporaneous recording of time records, which occurred in this case.

9.      The lodestar summary reflects DiCello Levitt's experience in the field, the

complexity of the matters involved in this litigation, and the prevailing rate for providing such

services.

10.      DLC has advanced a total of $105,696.97 in expenses reasonably and necessarily

incurred in connection with the prosecution of this matter.  They are broken down as follows:

| Expense Category | Amount |
|------------------|--------|
| Court and Filing Fees | $1,155.00 |

| | |
|---|---|
| Experts and Consultants | $68,440.11 |
| Legal Research | $5,268.10 |
| Postage and Delivery Costs | $75.54 |
| Teleconference Fees | $65.00 |
| Travel, Meals, Hotels, and Transportation | $30,693.22 |
| *Totals* | **$105,696.97** |

11.    These expenses are reflected in the books and records regularly kept and maintained by my firm.

12.    In my opinion, the time expended and incurred in prosecuting this action were reasonably and necessary for the diligent litigation of this matter.

13.    As reflected in the attached resume for my firm, I have significant experience in prosecuting a significant number of class action cases on behalf of consumers nationwide.  Many of those cases resulted in settlements on behalf of those consumer classes, achieving billions of dollars in recoveries for consumers.

14.    Based upon my experience, I believe that the proposed Settlement is fair, adequate, and reasonable based upon—among other things as detailed in our briefs—the risks of continued litigation, strength of Plaintiffs' claims, and relief achieved on behalf of the individual Class members.  In addition to the significant injunctive relief obtained by the attorneys, consumers are also able to claim the amount that they have paid in eligible out-of-pocket expenses related to repair of the power sliding rear doors at issue in this litigation.

15.    This case was litigated over the course of nearly two years, involving a significant amount of dismissal motion practice, informal and confirmatory discovery, and expert work.

The proposed Class Representatives fulfilled their duties to the Class by ensuring that the proposed Settlement was fair, adequate, and reasonable, stayed abreast of litigation, and provided documents and information as necessary. Accordingly, I believe that the proposed service awards to each of the proposed Class Representatives are also appropriate.

16.     I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 10, 2019                        By:     /s/ Adam J. Levitt
                                                        Adam J. Levitt



DICELLO LEVITT GUTZLER

**Chicago**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
312.214.7900

**Cleveland**
Western Reserve Law
Building
7556 Mentor Avenue
Mentor, Ohio 44060
440.953.8888

**New York**
444 Madison Avenue
Fourth Floor
New York, New York
10022
646.933.1000

**St. Louis**
9200 Litzsinger Road
St. Louis, Missouri
63144
440.953.8888

## DiCello Levitt Gutzler LLC's Experience and Representative Cases

Representing institutional investors, individuals, businesses, and public clients, the firm's attorneys have successfully prosecuted and settled numerous complex cases and class actions, resulting in billions of dollars in recoveries for their clients and other class members. Partners Mark DiCello, Adam Levitt, and Greg Gutzler lead a top-notch team of recognized leaders who share a collective depth of experience and steadfast commitment to justice. Their tireless advocacy on behalf of their clients is well-known, recently leading Mike Bowers, Georgia's former Attorney General, to characterize a settlement obtained by Adam Levitt and Amy Keller on behalf of small business owners against a major credit card processor as a "work of art," and "one of the best pieces of legal work I have ever observed." *Champs Sports Bar & Grill v. Mercury Payment Systems*, *LLC*, No. 16-cv-00012 (N.D. Ga.).

Based in Chicago, Cleveland, and New York, with a nationwide practice, the firm's attorneys have successfully led—and are presently leading—many large class and multidistrict actions, including against industry titans such as Apple, Intel, General Motors, and Equifax, and representing businesses and investors in arbitrations and litigation in multiple courts.

| REPRESENTATIVE MULTI-DISTRICT AND CLASS ACTION CASES | | |
|---|---|---|
| *In Re: Marriott International, Inc., Customer Data Security Breach Litigation,* No. 8:19-md-02879 (D. Md.) | Data breach affecting nearly 400 million people. | Co-Lead Counsel |
| *T.S. Kao, Inc., et al. v. North American Bancard, LLC, et al.*, No. 16-cv-4219 (N.D. Ga.) | Nationwide settlement for $15 million pending approval for merchants who were overcharged for credit card processing services. | Co-Lead Counsel |
| *In re Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, No. 18-md-02828 (D. Or.) | Nationwide class action related to security flaws in Intel-manufactured CPUs. | Plaintiffs' Steering Committee |
| *In re Apple Inc. Device Performance Litigation*, No. 18-md-02827 (N.D. Cal.) | International class action concerning device performance throttling. | Plaintiffs' Executive Committee |
| *In re Polaris Marketing, Sales Practices, and Products Liability Litigation*, No. 18-cv-0939 (D. Minn.) | Nationwide class action against off-road vehicle manufacturer related to design defects impacting driver safety. | Co-Lead Counsel |
| *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 17-MD-02800 (N.D. Ga.) | Data breach affecting nearly 150 million people. | Co-Lead Counsel |
| *State of New Mexico, ex rel. Hector H. Balderas v. Takata Corporation*, No. D-101-CV-2017-00176 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit brought by state attorney general involving defective and dangerous airbags. | Counsel by Special Commission |
| *Champs Sports Bar & Grill v. Mercury Payment Systems, LLC*, No. 16-cv-00012 (N.D. Ga.) | Card processing fee class action resulting in nationwide settlement of $52 million for small businesses. | Co-Lead Counsel |
| *Sloan v. General Motors LLC*, No. 16-cv-07244 (N.D. Cal.) | Excessive oil consumption defect class action. | Co-Lead Counsel |

| | | |
|---|---|---|
| *State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America*, No. D-101-CV-2016-00131 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit related to corporation's use of defeat device to circumvent state consumer and environmental laws. | Counsel by Special Commission |
| *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, No. 15-md-2672 (N.D. Cal.) | Vehicle emissions/defeat device class action litigation resulting in over $16 billion in total settlements for consumers. | Plaintiffs' Steering Committee |
| *In re General Motors LLC Ignition Switch Litigation*, No. 14-md-2543 (S.D.N.Y.) | Ignition switch defect class action. | Executive Committee |
| *In re Navistar MaxxForce Litigation*, No. 14-cv-10318 (N.D. Ill.) | Nationwide truck emissions control system defect class action. | Co-Lead Counsel |
| *NCUA v. RBS Securities, Inc.*, No. 13-cv-6726 (S.D.N.Y.) | Securities litigation related to residential mortgage-backed securities; accepted offer of judgment for $129.6 million, plus fees | Represented Government Agency |
| *In re Adobe Systems, Inc. Privacy Litigation*, No. 13-cv-05226 (N.D. Cal.) | Data breach affecting 38 million customer accounts. | Executive Committee |
| *CMFG Life Ins. Co. v. RBS Sec. Inc.*, No. 12-cv-037 (W.D. Wis.) | Securities litigation related to residential mortgage-backed securities; recovery amounts confidential. | Counsel for Large Wisconsin Corporation |
| *Roberts v. Electrolux Home Products, Inc.*, No. 12-cv-1644 (C.D. Cal.) | Defective dryer class action resulting in $35.5 million nationwide settlement. | Co-Lead Counsel |
| *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2284 (E.D. Pa.) | Tree and shrub damage from defective herbicide class action resulting in $550 million settlement. | Co-Lead Counsel |
| *In re Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 11-md-02258 (S.D. Cal.) | Data breach case affecting 77 million accounts. | Co-Lead Counsel |
| *In re Michaels Stores Pin Pad Litigation*, No. 11-cv-3350 (N.D. Ill.) | Data breach lawsuit concerning compromised payment information. | Co-Lead Counsel |
| *In re StarLink Corn Products Liability Litigation*, No. 01-md-1403 (N.D. Ill.) | Biotechnology class action concerning contamination of U.S. corn supply with unapproved genetically modified trait resulting in $110 million settlement. | Co-Lead Counsel |
| *In re Genetically Modified Rice Litigation*, No. 06-md-1811 (E.D. Mo.) | Biotechnology mass tort concerning contamination of U.S. rice supply resulting in aggregate settlements exceeding $1.1 billion. | Co-Lead Counsel |

| | | |
|---|---|---|
| *In re Porsche Cars Plastic Coolant Tubes Litigation*, No. 11-md-2233 (S.D. Ohio) | Nationwide class action involving defective engine coolant tubes resulting in $45 million settlement. | Co-Lead Counsel |
| *In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. Mass.) | False advertising class action resulting in $25 million, non-reversionary settlement fund. | Class Counsel |
| *In re Pharmatrak, Inc. Privacy Litigation*, No. 00-cv-11672 (D. Mass.) | Internet privacy lawsuit related to collection of personal information without consent. | Co-Lead Counsel |
| *NCUA v. Barclays Capital, Inc.*, No. 13-cv-6727 (S.D.N.Y.) & No. 12-cv-1631 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $325 million combined. | Represented Government Agency |
| *NCUA v. Wachovia Capital Markets LLC*, No. 13-cv-6719 (S.D.N.Y.) & No. 11-2649 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $53 million combined. | Represented Government Agency |
| *NCUA v. Morgan Stanley & Co., Inc.*, No. 13-cv-6705 (S.D.N.Y.) & No. 13-cv-2418 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $225 million combined. | Represented Government Agency |
| *NCUA v. RBS Securities, Inc., et al.*, No. 11-cv-2340 (D. Kan.) & No. 11-cv-5887 (C.D. Cal.) | Securities litigation related to residential mortgage-backed securities; settled for $1.1 billion. | Represented Government Agency |
| *Monsanto Co. v. Syngenta Seeds, Inc.*, No. 07-cv-543 (E.D. Mo) | Breach of licensing agreement related to access to Monsanto's newest patented soybean technology; resulted in favorable settlement agreement. | Represented Large Biotechnology Corporation |
| *Gulf Power v. Peabody*, No. 06-cv-270 (N.D. Fla.) | Defending breach of coal supply agreement; tried to successful verdict. | Represented Large Energy Company |
| *Monsanto Co. v. Delta & Pine Land Company* CA, No. 1970-N (Del. Chancery) | Confidential arbitration re licensing fees and obligations related to Monsanto's patented cotton technology. | Represented Large Biotechnology Corporation |
| *Monsanto Co. v. Syngenta Seeds, Inc.*, No. 2107CC-01361 (Missouri State Court, St. Louis County) | Licensing dispute related to Monsanto's patented soybean technology; tried to successful verdict; received all remedies sought, including declaratory judgment and injunctive relief. | Represented Large Biotechnology Corporation |
| *Monsanto Co. v. Garst Seed Co.*, No. 2104CC-04999 (Missouri State Court – St. Louis County) | Breach of contract case.  Won summary judgment. | Represented Large Biotechnology Corporation |

| | | |
|---|---|---|
| *In re DoubleClick, Inc. Privacy Litigation*, No. 00-cv-0641 (S.D.N.Y.) | Internet privacy class action. | Co-Lead Counsel |
| *Supnick v. Amazon.com, Inc.,* No. C00-0221P (W.D. Wash.) | Internet privacy lawsuit related to installation of tracking software. | Co-Lead Counsel |
| *Monsanto Co. v. E.I. du Pont De Nemours & Co. Inc.,* No. 00-cv-00952 (E.D. Mo.) | Patent infringement lawsuit; tried to successful $1 billion verdict, the fourth-largest patent-infringement jury verdict in U.S. history | Represented Large Biotechnology Corporation |

### DiCello Levitt Gutzler LLC's Experienced Roster of Attorneys

Acknowledged as Super Lawyers and Leading Lawyers by Law Dragon, and AV-Rated by Martindale-Hubbell, the attorneys of DiCello Levitt are recognized as best in their field by prominent legal publications. In addition, the firm's attorneys have been included in the Law Bulletin's 40 Under 40 award, National Trial Lawyers 40 Under 40 list, and the *Best Lawyers in America* publication.

Beyond recognition from legal publications, the firm's attorneys have contributed to the legal community through scholarship and speaking engagements, including as a panelist for the Women's Bar Association of Illinois, testifying before the Illinois Supreme Court Rules Committee on class action practice, and chairing an annual class action litigation conference in Chicago.

Biographies for the firm's attorneys proposed to lead litigation on behalf of the OAG are listed below.



**Adam J. Levitt**
Partner

EMAIL:
alevitt@dicellolevitt.com

EDUCATION
Northwestern University Law
School, J.D.

Columbia College, Columbia
University, A.B., *magna cum laude*

*Adam operates one of the nation's leading commercial litigation practices, having achieved billions in recoveries for his clients.*

A founding partner of DiCello Levitt, Adam Levitt is one of the nation's leading advocates for plaintiffs in commercial litigation, class actions, mass torts, and public client cases.  He has extensive experience leading multidistrict and other nationwide complex litigation lawsuits, with a substantial focus on deceptive trade practices, financial fraud, sophisticated technology issues, and new approaches to compound legal issues.

A leader in the field of developing novel approaches to damages methodologies, Mr. Levitt has recovered billions of dollars for clients and class members.  As co-lead counsel in three of the largest biotechnology class actions in history, he recovered more than $1.7 billion for class members: *In re Genetically Modified Rice Litig.* (E.D. Mo.) (securing settlements exceeding $1.1 billion); *In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.) ($550 million settlement); and *In re StarLink Corn Products Liability Litig.* (N.D. Ill.) ($110 million settlement).  In those cases, Mr. Levitt devised the market loss damages model used in every similar case since *StarLink*.  His legal writing related to these novel theories and damages modeling earned Mr. Levitt the Burton Award for Finest Law Firm Writer (2017) and the American Agricultural Law Association's Professional Scholarship Award (2017).

Recognized as a "pioneer" in litigation involving complex technology issues by Judge James Ware, former Chief Judge of the United States District Court for the Northern District of California, Mr. Levitt has served in leadership roles in a variety of multidistrict class action cases related to sophisticated frauds committed through the use of technology.  For example, Mr. Levitt was recently appointed to the Plaintiffs' Steering Committee in the nationwide class action against Intel Corp. related to security vulnerabilities in the company's ubiquitous CPUs.  *In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation* (D. Or.).

Mr. Levitt's victories extend to other areas of practice, including in automotive cases, where he served as a member of the Plaintiffs' Steering Committee in *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litig.* (N.D. Cal.), a case resulting in over $16 billion in total settlements for consumers. Mr. Levitt has also served in leadership positions in a number of other cases, including *In re Polaris Mktg., Sales Practices, and Prods. Liab. Litig.* (D. Minn.) (Co-Lead Counsel); *In re Navistar Maxxforce Engines, Sales Practices and Products Liability Litig.* (N.D. Ill.) (Co-Lead Counsel); and *In re General Motors LLC Ignition Switch Litig.* (S.D.N.Y.) (Executive Committee).

Nationally recognized as an authority on class action litigation, Mr. Levitt is the President of Class Action Trial Lawyers, an elected member of the American Law Institute and the Economic Club of Chicago and serves on advisory boards for the Duke Law Center for Judicial Studies, the American Constitution Society, and the Institute for Consumer Antitrust Studies. He has testified before the Illinois Supreme Court Rules Committee on class action practice and chairs an annual class action litigation conference in Chicago.  Mr. Levitt has an "AV" rating from Martindale-Hubbell and has been named an Illinois Super Lawyer every year since 2012.

**Adam J. Levitt,**
*continued*

PRACTICE AREAS

- Antitrust Litigation
- Appellate Litigation
- Commercial Litigation
- Class Action Litigation
- Product Liability Litigation
- Public Client Litigation
- Securities Litigation

HONORS

- Burton Award, Finest Law Firm Writer (2017)
- "AV" rating, Martindale-Hubbell
- Super Lawyer: Class Actions & Mass Torts, Illinois (2012-present)
- 500 Leading Lawyers in the U.S., Lawdragon (2011)
- Litigator of the Week, American Lawyer (2011)

SELECTED WRITINGS AND PRESENTATIONS

### Law review articles

- *The Gift That Keeps on Giving:  Price Overhang Damages in Commodity Crop Cases*, 51 Val. U. L. Rev. 375 (2017) (co-authored with Russell L. Lamb)
- *Agricultural "Market Touching": Modernizing Trespass to Chattels in Crop Contamination Cases*, 38 U. Haw. L. Rev. 409 (2016) (co-authored with Nicole Negowetti)
- *CAFA and Federalized Ambiguity: The Case for Discretion in the Unpredictable Class Action*, 120 Yale L.J. Online 231 (2011)

### Other recent writings

- *March of the Machines – Robotic Vehicles and the Changing Landscape of Motor Vehicle Liability*, TRIAL, Vol. 53, No. 2 (2017)
- *The Volkswagen Emissions Scandal: What's Next?*, TRIAL, Vol. 52, No. 2 (2016)

### Recent notable presentations

- *The Current Role of Class Actions in Complex Litigation, Contemporary Issues in Complex Litigation*, Northwestern Pritzker School of Law (2018)
- *Analysis and Application of the Ninth Circuit's* Briseño v. ConAgra *Opinion*, Rapid Response: Analysis of the Ninth Circuit Rejection of Ascertainability Webinar (2017)
- *Criteria for Approving Class Action Settlements*, The Duke Law Center for Judicial Studies – Class Action Settlement Conference (2016)
- *Proving Class-Wide Damages After Comcast in Consumer Products Class Actions*, AAJ Summer Conference (2016)

ADMISSIONS

- United States Supreme Court
- United States Courts of Appeals for the First, Second, Third, Fourth, Seventh, Eighth, Ninth, Eleventh, and Federal Circuits

**Adam J. Levitt,**
*continued*

ADMISSIONS,

*continued*

- United States District Courts for the District of Colorado; Northern, Central, and Southern Districts of Illinois; Northern District of Indiana; Eastern District of Michigan; District of Nebraska; Eastern and Northern Districts of Texas; and the Western District of Wisconsin
- State Courts of Illinois, 1994, and New York, 2013



**Mark A. DiCello**
Partner

EMAIL:
madicello@dicellolevitt.com

EDUCATION
Cleveland-Marshall College of
Law, J.D.

University of Dayton, B.A.

*One of the nation's leading plaintiffs' attorneys, Mark regularly acts as lead and co-lead counsel in major personal injury and mass tort actions, with substantial recoveries for victims of injustice.*

Mark DiCello has established a national practice representing victims ranging from individuals suffering catastrophic personal injuries to classes of plaintiffs affected by harmful medical devices, pharmaceutical products, chemicals, and automobiles.  In recent years, he has been appointed co-lead counsel in massive multidistrict litigation involving defective pelvic mesh devices and was appointed to a plaintiffs' committee in a products liability litigation over metal hip implants, which ultimately led to over $12 billion in settlements. Always seeking to improve his craft, he has completed the curriculum of the Trial Lawyers College.

Mr. DiCello holds leadership positions in the Association of Plaintiffs' Interstate Trucking Lawyers of America, as well as The National Trial Lawyers.  Mark is frequently asked to speak to gatherings of trial lawyers, and has addressed national organizations on topics ranging from defective medical devices, medical malpractice, environmental catastrophes, and advanced trial skills.

PRACTICE AREAS
• Medical Malpractice
• Products Liability
• Personal Injury
• Mass Tort
• Class Action
• Wrongful Death
• Public Client

SELECTED WRITINGS AND PRESENTATIONS
• "Making the 'Sudden and Unexpected' Medical Emergency Predictable and Foreseeable," 360 Advocacy, Trucking Conference: A New Look at How to Win Trucking Cases, Co-Chair (2017).
• "Views from Leadership: How to Utilize Lead Counsel in a Mass Tort Case," Ohio Association for Justice Summer Conference (2016).
• "Make No Small Plans: Damage Modeling in the Mega Case," 360 Advocacy, Damages Conference: Go Big or Go Home, Co-Chair (2014).

SELECTED MEMBERSHIPS
• The Summit Council
• American Association for Justice, Leaders Forum
• National Trial Lawyers, Executive Committee, Class Action Trial Lawyers Division

**Mark A. DiCello,**
*continued*

ADMISSIONS
- United States Supreme Court
- United States Courts of Appeals for the Second, Sixth, Seventh, Eighth, and Ninth Circuits
- United States District Courts for the District of Colorado, Northern, Central, and Southern Districts of Illinois, Eastern District of Missouri, District of Nebraska, District of New Mexico, Southern District of New York, and Northern and Southern Districts of Ohio
- State Courts of Ohio, 1994, New York, 2006, Illinois, 2018, and Pennsylvania, 2019



**Greg Gutzler**
Partner

EMAIL:
ggutzler@dicellolevitt.com

EDUCATION
University of Michigan Law School, J.D.

University of California, Berkeley, B.A.

***Greg Gutzler is a well-known and well-respected litigator, having represented both corporate clients and consumers in some of the largest cases in the country.***

Mr. Gutzler is an experienced trial lawyer with a track record of results in high-stakes cases, handling all aspects of complex commercial litigation, including securities fraud, antitrust, Lanham Act, whistleblower, ERISA, RICO, patent infringement, breach of contract, unfair competition, and appraisal litigation.  Greg has litigated extensively on both the plaintiff and defense side, working at his own boutique firm, as well as one of the nation's most prestigious plaintiffs' firms, and before that, as a partner of an Am Law 100 defense firm.  Greg is a trusted advocate, chosen by clients when they need candid, creative, and aggressive approaches to create business solutions and decisive litigation successes.

Greg represents hedge funds, private equity funds, venture capitalists, individuals, companies, and governmental entities in complex lawsuits in federal and state court, and arbitration, across the United States and internationally.  Greg currently represents a series of hedge funds and private equity investors in multiple commercial arbitrations in the finance sectors, involving damages in the billions.  He also represents class members in an ERISA action against Wells Fargo, and a RICO action against Western Union.  He is currently handling multiple FCPA and SEC whistleblower actions.  He is also representing terrorism victims in a cutting-edge case under the Anti-Terrorism Act against HSBC for its knowing laundering of billions of dollars of Mexican drug cartel money.

Greg recently litigated over a dozen high-profile securities actions against international investment banks for misrepresentations made to investors in connection with residential mortgage-backed securities, recovering over $4.5 billion for his client.  He was also a member of the trial team that won a $1 billion jury verdict on behalf of Monsanto in *Monsanto Co. v. E.I. duPont de Nemours & Co.*, the fourth largest patent infringement jury verdict in U.S. history.  The verdict was also recognized as the number three verdict in the *National Law Journal*'s Top 100 Verdicts of 2012, and was featured as the cover story in the Spring 2013 Am Law Litigation supplement.  In addition, Greg was a recipient of the 2013 Missouri Lawyers Award for achieving that year's biggest plaintiffs' verdict.  Greg was also trial counsel for a leading biotechnology company in antitrust, patent infringement, breach of contract, and unfair competition trials. He also has extensive experience in the energy and pharmaceuticals sectors.

PRACTICE AREAS
- Commercial Litigation
- Securities Fraud
- Antitrust Litigation
- Whistleblower Litigation
- ERISA Litigation
- RICO Litigation
- Class Actions
- Lanham Act
- Patent Enforcement

**Greg Gutzler**,
*continued*

HONORS

- Benchmark Litigation Star (2018)
- Missouri Lawyers Award for Biggest Plaintiffs' Verdict (2013)
- Benchmark Litigation Local Litigation Star (2012)

ADMISSIONS

- State Courts of Missouri, 1997, Illinois, 1998, and New York, 2015



*A powerful storyteller and trial lawyer, Robert has earned multi-million-dollar recoveries for victims.*

Mr. DiCello has extensive experience advocating for clients in mass tort and class action litigation, in addition to maintaining a growing practice focused on curbing police misconduct, government abuse, and catastrophic injury. He represents victims of police abuse around the country, earning jury verdicts of $22 million in 2016, and $8.7 million in 2017, for various cases involving police misconduct. A powerful storyteller before juries, he also frequently represents clients before appellate courts.

Working in the largest prosecutor's office in the country out of law school—the Cuyahoga County Prosecutor's Office—Mr. DiCello rose to manage as many as eight prosecutors in four different courts.  During that time, he tried more than 40 jury trials, involving major felonies from financial crimes to violent crimes to drug offenses.

He received a master's degree in music from Northwestern University, and his law degree from Cleveland-Marshall College of Law, where he served as Editor-in-Chief of *The Cleveland State Law Review*.  In 2014, he attended and completed the curriculum of the Trial Lawyer's College.

**Robert F. DiCello**
Partner

EMAIL:
rfdicello@dicellolevitt.com

EDUCATION
Cleveland-Marshall College of Law, J.D.

Northwestern University, M.A.

University of Dayton, B.A.

**HONORS**
- *National Law Journal* Trailblazer's Award, 2017
- Super Lawyer (2017-present)

**PRACTICE AERAS**
- Personal Injury
- Mass Tort
- Class Action
- Wrongful Death
- Public Client

**SELECTED WRITINGS AND PRESENTATIONS**
- Interviewed for "Qualified Immunity Selection Effects", Schwartz, Joanna, UCLA School of Law, Public Law Research Paper No. 19-03 (2019).
- Interviewed for nationally-recognized Serial Podcast, Season 3, Episode 6 (2018), regarding representation of civil rights client.
- "Demonstrative Visuals in Trial: Are You Doing It Wrong?," Trial Magazine, Vol. __, No.__ (2019).
- "Going on the Offensive Early - New strategies for Opening Statement" 360 Advocacy, Damages Conference (2019)

**ADMISSIONS**
- United States Supreme Court
- United States Court of Appeals for the Sixth Circuit
- United States District Courts for the Northern District of Ohio and Western District of Pennsylvania
- State Courts of Ohio, 2000



**Amy Keller**
Partner

EMAIL:
akeller@dicellolevitt.com

EDUCATION
John Marshall Law School, J.D.

University of Michigan, B.A.

*Amy Keller has built a national reputation as a zealous consumer advocate, directing litigation strategy in nationwide class action cases.*

Amy Keller has experience successfully litigating a variety of complex litigation cases in leadership positions across the United States.  As the Firm's Technology Practice Chair, Ms. Keller is the youngest woman serving as co-lead class counsel in two of the largest data breach cases in the country.  In the nationwide litigation pending against Equifax related to its 2017 data breach, Ms. Keller represents nearly 150 million class members.  *In re Equifax, Inc. Customer Data Security Breach Litig.*, No. 17-md-02800 (N.D. Ga.).  In another case, against Marriott, Ms. Keller represents nearly 400 million consumers.  *In re Marriott International, Inc., Customer Data Security Breach Litig.*, No. 19-md-02879 (D. Md.).  As the recently-appointed Co-Chair of Law and Briefing on the Plaintiffs' Executive Committee in *In re: Apple Inc. Device Performance Litigation* (N.D. Cal.), Ms. Keller employed her technical savviness in directing an effort to craft a nationwide and international consolidated complaint.  Ms. Keller's numerous other leadership positions have also required sophistication in not only understanding complex legal theories, but also presenting multifaceted legal strategies to ensure a favorable result to her clients.  *See, e.g., Catalano v. BMW of North America, LLC, et al.*, No. 15-cv-04889 (S.D.N.Y.) (interim settlement counsel for nationwide settlement); *Roberts, et al. v. Electrolux Home Prods., Inc.,* No. 12-cv-01644 (C.D. Cal.) (co-lead settlement counsel in nationwide settlement).

Ms. Keller's expertise spans a wide variety of practice areas and topics—including benefit of the bargain analysis and consumer protection.  See *Grasso, et al. v. Electrolux Home Prods., Inc.*, No. 16-cv-00911 (M.D. Fla.).  Ms. Keller's experience also extends to the development of briefing and strategy at the district and appellate court level concerning ascertainability of class members in consumer class actions, complex personal jurisdiction challenges in multi-state cases, the use of conjoint analysis in determining damages, and the enforceability of arbitration clauses in consumer contracts.  See, e.g., *Conagra Brands, Inc. v. Briseño, et al.*, 138 S. Ct. 313 (2017).

As a two-time chair of the Chicago Bar Association Class Action Committee, Ms. Keller gave a number of presentations on topics impacting large-scale consumer class actions, including presentations on emerging legal issues in technology and privacy matters and in consumer cases.  Chicago Bar Association Class Action Committee Winter Seminar, Class Actions and the Trump Administration (2017); Women's Bar Association of Illinois, Panel on Emerging Issues in Privacy and Technology Law (2017); Perrin Class Action Litigation Conference, Current Trends in Product Liability Class Action Litigation (2016); Chicago Bar Association, 2015 Annual Spring Seminar on Class Action Litigation (2015).

Ms. Keller is recognized by Illinois Super Lawyers as a "Rising Star," and serves as a board member of Public Justice, a not-for-profit legal advocacy organization.  She is a member of the Sedona Conference's Working Group 11, which focuses on litigation issues surrounding technology, privacy, artificial intelligence, and data security.  In 2018, Ms. Keller was named as a *National Law Journal* Plaintiff Trailblazer, and a one of the "Top 40 Under 40" trial lawyers in Illinois by National Trial Lawyers.

**Amy Keller,**
*continued*

PRACTICE AREAS

- Antitrust Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Employment Litigation

HONORS

- Super Lawyer: Rising Star, Illinois (2016-2019)
- National Trial Lawyers, Top 40 Under 40 (2018)
- Plaintiff Trailblazer, *National Law Journal* (2018)

SELECTED WRITINGS AND PRESENTATIONS

- *Class Actions and the Trump Administration*, Chicago Bar Association Class Action Committee Winter Seminar (2017)
- *Emerging Issues in Privacy and Technology Law*, Women's Bar Association of Illinois (2017)
- *Current Trends in Product Liability Class Action Litigation*, Perrin Class Action Litigation Conference in Chicago, Illinois (2016)
- *A Funny Thing Happened on the Way to the Forum: When to Choose Federal Over State Court*, American Bar Association Section of Litigation Annual Conference in Chicago, Illinois (2016)
- Chicago Bar Association 2015 Annual Spring Seminar on Class Action Litigation in Chicago, Illinois (2015)
- *Circuit Court Update, ABA Section of Labor and Employment Law*, 6th Annual Section Conference in Coronado, California (2013)
- *Preemptive Collateral Estoppel Blocks Consumer Class Action in Thorogood*, CADS Report, Vol. 21, Winter 2011 (Co-authored by associate Dawn M. Goulet)
- *The Criminal Law Edit, Alignment and Reform Initiative: A Symposium on the New Criminal Code*, 41 J. MARSHALL L. REV. 610-935 (Spring 2008) (as Chair of the Symposium)

ADMISSIONS

- United States Courts of Appeals for the Third, Seventh, Eighth, and Ninth Circuits
- United States District Courts for the Northern District of Florida, Southern District of Florida, Northern District of Illinois, Southern District of Illinois, District of Nebraska, Eastern District of Michigan, Western District of Michigan, District of Maryland
- State Courts of Illinois, 2008, and Michigan, 2010



**John E. Tangren**
Partner

EMAIL:
jtangren@dlcfirm.com

EDUCATION
University of Chicago Law School,
J.D.

University of Chicago, B.A.

*John has gained widespread recognition as an extraordinary attorney with particular success in nationwide consumer and antitrust class actions.*

John Tangren maintains a national practice in consumer class action litigation, with vast experience in the field of automotive defect litigation. Mr. Tangren— who has spent the last decade advocating for plaintiffs—is presently leading DiCello Levitt's efforts in three nationwide class cases: *Sloan v. Gen. Motors LLC* (N.D. Cal.), *In re Polaris Mktg., Sales Practices, and Prods. Liab. Litig.* (D. Minn.), and the current Fourth Circuit appeal in *Belville v. Ford Motor Co.*, where he will argue on behalf of a national team of plaintiffs' counsel from twenty different firms.

Mr. Tangren always takes a "deep dive" into both the legal and technical aspects of each of his cases. For example, he shined a light on Ford Motor Company's blatant misrepresentation and abuse of discovery when he led a briefing effort on a motion to suppress plaintiffs' ability to accurately review Ford's source code. *Johnson v. Ford Motor Co.* (S.D. W. Va.). The district court granted the motion for relief related to Ford's discovery misconduct, and Ford was consequently ordered to pay nearly half a million dollars to recompense Plaintiffs' costs and fees relating to the discovery misconduct.

Mr. Tangren has also successfully represented consumer plaintiffs on the appellate level. He played a significant role in the briefing for two impactful Seventh Circuit decisions in the class action field: *Messner v. Northshore University HealthSystem*, 669 F.3d 802 (7th Cir. 2012), which reversed the district court's denial of class certification and has been cited in over 400 cases since then for its guidance regarding class certification; and *In re Text Messaging Antitrust Litigation*, 630 F.3d 622 (7th Cir. 2010), which was decided on the briefs in an opinion written by Judge Posner. In both cases, Mr. Tangren crafted successful narratives regarding highly technical facts (in the health care and cellular services contexts) and applied them to complex areas of law (the sufficiency of complaint allegations and class certification showings) in such a way as to demonstrate to the appeals court why the consumer plaintiffs should carry the day.

Among other recognition, he has been named a class action *Super Lawyer* in Illinois for his effective representation of consumer classes in automotive and other cases, was named by the National Trial Lawyers as a "Top 40 Under 40" attorney in 2012, and an Emerging Lawyer by the Law Bulletin Publishing Company. Mr. Tangren is frequently asked to speak on topics relating to class action litigation. He has presented "CAFA: 12 Years Later" at the Chicago Bar Association Class Action Committee Meeting (2017) and a 2018 Strafford CLE Webinar titled "Class Action Litigation: Avoiding Legal Ethics Violations and Malpractice Liability," as well as presented on electronic discovery and topics relating to car defect cases.

**John E. Tangren,**
*continued*

PRACTICE AREAS
- Antitrust Litigation
- Appellate Litigation
- Class Action Litigation
- Product Liability Litigation

HONORS
- Super Lawyer: Class Actions & Mass Torts, Illinois (2017-2018)
- Super Lawyer: Rising Star, Illinois (2011, 2013-2016)
- Emerging Lawyer, *Law Bulletin Publishing Company* (2015-2018)
- National Trial Lawyers, Top 40 Under 40 (2012)

SELECTED WRITINGS AND PRESENTATIONS
- *Class Action Litigation: Avoiding Legal Ethics Violations and Malpractice Liability*, Strafford CLE Webinar (2018)
- *CAFA: 12 Years Later*, Chicago Bar Association Class Action Committee (2017)
- *The Use of Absent Class Member Discovery on Issues of Class Certification*, National Consumer Class Action Litigation & Management Conference (2013)
- *ESI For Beginners*, Seventh Circuit Conference of the National Employment Lawyers Association (2013)
- *Lessons on Motions to Dismiss from Other Car Defect Cases*, HarrisMartin MDL Conference: General Motors Ignition Switch Recall Litigation (2014)

ADMISSIONS
- United States Supreme Court
- United States Courts of Appeals for the Fourth, Seventh, Eighth, and Ninth Circuits
- United States District Courts for the District of Colorado; Northern District of Illinois; and Eastern District of Michigan.
- State Courts of Illinois, 2003



***Mark represents plaintiffs in all aspects of direct and class actions in commercial, antitrust, securities and consumer cases.***

Mr. Hamill concentrates on commercial, antitrust, securities, and consumer cases, often taking a lead role with expert witnesses in finance, accounting, and economics topics.  He also serves as eDiscovery counsel in many of his cases, leveraging his depth of experience in this area as an attorney, and as an eDiscovery project manager serving Fortune 500 and major accounting firm clients in large-scale, high intensity projects.

Prior to joining the firm, Mr. Hamill represented Direct Action Purchaser plaintiffs in antitrust cases, advancing their interests and coordinating with counsel in parallel actions.  He also represented shareholders in securities class actions at a securities boutique firm in New York, including a Chinese reverse merger case where his deposition and class certification work were instrumental to achieving a favorable settlement for the class.

Before taking on eDiscovery projects and plaintiff representations, Mr. Hamill practiced law with some of Chicago's most prominent firms, where he served on trial and arbitration hearing teams in antitrust and accounting cases.   Mr. Hamill also represented clients in litigations and investigations involving commercial, securities, FCPA, and white-collar matters, including an insurance dispute arising from the Enron fraud and an internal investigation stemming from the Parmalat fraud.  Prior to attending law school, Mr. Hamill worked as a CPA and consultant with KPMG and Deloitte, and as a senior internal auditor at Whirlpool Corporation.

Mr. Hamill's volunteer work includes tax preparation for low-income individuals.

### PRACTICE AREAS
- Antitrust Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Securities Litigation

### ADMISSIONS
- United States Courts of Appeals for the First and Sixth Circuits
- United States District Courts for the Northern District of Illinois
- State Courts of Illinois, 2001, New York, 2014

**Mark Hamill**
Senior Counsel

EMAIL:
mhamill@dicellolevitt.com

EDUCATION
Northwestern University Law School, J.D., *cum laude*

Washington & Jefferson College, B.A.



**Daniel R. Ferri**
Associate

EMAIL:
dferri@dicellolevitt.com

EDUCATION
University of Illinois College of Law,
J.D., *magna cum laude*

New York University, B.A., *cum laude*

*Daniel litigates consumer class actions, public client cases, and other complex commercial lawsuits.*

Mr. Ferri represents clients in a wide array of matters, litigating contract, patent, trade secret, copyright and antitrust disputes in federal and state courts throughout the country.  He currently serves as appointed counsel for the State of New Mexico in a variety of matters, enforcing the State's unfair practices act, and also represents individuals in multi-state class actions involving consumer fraud, breach of warranty, and violations of ERISA and RICO.

An experienced litigator in technology issues, Mr. Ferri has represented plaintiffs asserting class claims against Volkswagen arising from the carmaker's "defeat devices" to evade federal and statewide emissions standards.  He has also represented inventors and companies in intellectual property disputes throughout the country, acknowledging the importance of a trade secrets to advancing a business's interests and growing.  *See, e.g., Research Frontiers Inc. v. E Ink Corp.*, Case No. 13-cv-01231 (D. Del.) and *Cascades Computer Innovation LLC v. RPX Corp.*, No. 12-cv-01143 (N.D. Cal.).

A thoughtful contributor to the bar's ongoing discussion of important legal issues, Mr. Ferri frequently offers legal analysis to fellow practitioners seeking clarity on complex subjects.  *2018 Survey of Federal Class Action Law: A Circuit-by-Circuit Analysis*, American Bar Association (2018); *Curing the Ascertainability Fallacy—the Ninth Circuit Strikes Back*, American Association for Justice Class Action Litigation Newsletter (Winter 2017).  Mr. Ferri is a volunteer with the Chicago Lawyers Committee for Human Rights.

PRACTICE AREAS

- Class Actions
- Commercial Litigation
- Insurance Litigation
- Intellectual Property
- Public Client Litigation

HONORS

- Super Lawyers, Rising Star (2016-2019)

ADMISSIONS

- United States Court of Appeals for the Federal, Eighth, and Ninth Circuits
- United States District Courts for the Northern District of Illinois, District of Colorado, and Eastern District of Michigan
- State Courts of Illinois, 2017



**Adam Prom**
Associate

EMAIL:
aprom@dicellolevitt.com

EDUCATION
The University of Texas Law School, J.D.

Marquette University, B.A.

***Adam Prom employs his skills as a young trial attorney to achieve favorable results for his clients.***

Beyond his frequent trial work in the Circuit Court of Cook County, Law Division, Adam Prom's practice is focused on representing plaintiffs in complex litigation in federal courts across the United States.

He has been deeply involved in nationwide class actions regarding the use of sophisticated damages modeling in consumer product and vehicle defect lawsuits, where he played a key role in motion practice regarding plaintiffs' expert witnesses, class certification, and summary judgment. *See, e.g., Elward, et al. v. Electrolux Home Products, Inc.* (N.D. Ill.); *Ryseweyk, et al. v. Sears Holdings Corp., et al.* (N.D. Ill.); and *Catalano, et al. v. BMW of North America, et al.* (S.D.N.Y.) (resulted in nationwide settlement). He also represented plaintiffs in an ERISA class action concerning misclassification of insurance agents, which resulted in a jury verdict in favor of the plaintiffs that was confirmed by the Court. *Jammal, et al. v. American Family Ins. Group, et al.* (N.D. Ohio).

Mr. Prom has demonstrated a commitment to serving underrepresented communities, volunteering as a mentor for high school students at the Legal Prep Charter Academy, a free, open-enrollment public high school in the West Garfield Park neighborhood of Chicago.

Prior to joining DiCello Levitt, Mr. Prom served as a judicial extern to a federal judge in the Northern District of Illinois and a federal magistrate judge in the Eastern District of Wisconsin.

PRACTICE AREAS

- Antitrust Litigation
- Class Actions
- Commercial Litigation
- Product Liability Litigation
- Public Client Litigation
- Securities Litigation

HONORS

- Super Lawyers, Rising Star (2019)
- National Order of the Barristers, The University of Texas School of Law
- *Pro Bono Superstar*: Beacon Distinction, The University of Texas School of Law
- Judge Quentin Keith Endowed Presidential Scholarship in Law for Excellence in Advocacy, The University of Texas School of Law

ADMISSIONS

- United States Court of Appeals for the Seventh Circuit
- United States District Courts for the Northern District of Illinois, Eastern and Western Districts of Michigan, and the Eastern and Western Districts of Wisconsin
- State Courts of Illinois, 2014

## Additional Members of the Firm

Our attorneys have the ability to successfully try cases across the spectrum of complex commercial litigation, financial fraud and securities litigation, public litigation, class actions, defective drug and device cases, catastrophic injuries, and other areas of law.  By bringing together top plaintiffs' attorneys in our Chicago and Cleveland offices, we strive to obtain justice for our clients across the United States and around the world who have experienced significant injuries at the hands of powerful defendants.  The firm boasts an impressive roster of additional attorneys.



**Kenneth P. Abbarno**
Partner

EDUCATION
Cleveland-Marshall College of Law,
J.D.

Canisius College, B.A.

***Kenneth has led multiple million-dollar trials involving medical malpractice, products liability, and transportation claims.***

Mr. Abbarno's practice includes a wide range of civil litigation including, but not limited to, catastrophic injury cases, transportation industry litigation, toxic torts, products liability, professional liability, employer intentional tort, and other complex litigation. He has tried well over 50 civil lawsuits, and has handled cases in Ohio, Pennsylvania, West Virginia, Virginia, Kentucky, Indiana and New York.

Selected as an Ohio Super Lawyer every year since 2010, Mr. Abbarno is also an Inside Business Leading Lawyer, rated by The Best Lawyers in America, and named Transportation Lawyer of the Year in Cleveland. He has a Superb Avvo rating of 10 out of 10.

**Chris Stombaugh**
Partner

EDUCATION
Drake University School of Law, J.D.,
*with honors*

University of Wisconsin, B.A.

***Chris uses a multidisciplinary approach to trial advocacy through the use of cognitive neuroscience.***

Mr. Stombaugh concentrates his practice in the areas of personal injury, wrongful death, medical negligence and product liability. He has been a consistent thought leader on applying cognitive neuroscience techniques to trial advocacy as a trial lawyer and as a frequent instructor to other trial lawyers trial lawyers for most of his 25-year career.

His expertise has led to several record setting jury verdicts, often seven and eight figures. The Wisconsin native's professional passion is to empower deserving people to have their stories heard and cared about by juries in courtrooms across America.

A member of the Wisconsin Association for Justice since 1997, Mr. Stombaugh served as the organization's President for the 2014 term. He is also a member of the Iowa Association for Justice as well as the American Association for Justice. He has been chosen as a Wisconsin Super Lawyer every year since 2010 and has a 10/10 Avvo Rating. He speaks regularly to state bar and trial lawyer associations nationwide on modern and effective trial advocacy.



**Laura Reasons**
Senior Counsel

EDUCATION
Chicago-Kent College of Law, J.D.
*Order of the Coif*

Washington University in St. Louis,
B.A.

*Laura has over a decade of experience as a labor and employment attorney in matters ranging from workplace discrimination matters to counseling on compliance and best practices.*

Previously representing companies in collective and class action lawsuits under the Fair Labor Standards Act and state wage and hour laws, Ms. Reasons' experience spans multiple industries, including healthcare and hospitality. Now, as a plaintiffs' attorney, Ms. Reasons' experience has given her a unique perspective that translates well into pursuing justice for individual claimants.

Before joining private practice, Ms. Reasons served as a judicial extern to the Honorable George W. Lindberg of the Northern District of Illinois. She also has a history of performing pro bono work and community service. Throughout her career, she has served as a Public Interest Law Initiative (PILI) fellow at Domestic Violence Legal Clinic, having previously served on the organization's young professionals board. She has also represented individuals in immigration cases pro bono, including asylum seekers who were persecuted in their home countries for their sexual orientation and political party affiliation, DACA applicants, and incarcerated individuals.



**Mark M. Abramowitz**
Associate

EDUCATION
The University of Toledo College of
Law, J.D.

University of Guelph, B.A.

*Mark is an emerging leader in national mass tort and technology litigation.*

Mark M. Abramowitz has established a national profile in class action and mass tort litigation, having represented plaintiffs in actions involving automotive and Internet technology issues. He has been selected to serve on national discovery review teams and participated in national mediations, resolving hundreds of cases and distributing millions of dollars to clients injured by corporations. *See In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.).

Outside of his own cases, Mr. Abramowitz actively investigates ways to integrate technology into the practice of law. Regularly consulted on cloud-based systems, discovery technology, the Internet of Things, and litigation concerning the storage and security of data, Mr. Abramowitz is developing a reputation as an authority on computing issues. *See Electronics in the Courtroom*, 29th Annual accredited CLE (2016); *How to manage a mass tort inventory*, OAJ Annual Convention (2015); *Professional Conduct – efiling*, 27th Annual CLE Update (2014); *Marketing & Electronic Communications*, 26th Annual Accredited CLE (2013).



**Justin J. Hawal**
Associate

EDUCATION
Cleveland-Marshall School of Law,
J.D., *cum laude*

St. Louis University, B.A.

*Justin fights for individuals who have suffered harm from negligence, defective products, and civil rights abuses.*

Mr. Hawal brings a passion for justice to his work on behalf of victims of corporate and government wrongdoing. His work has spanned personal injury, product liability, and civil rights litigation. He has particular experience in cases involving defendants in the pharmaceutical and automotive industries.

During law school, Justin was selected to join *The Cleveland State Law Review* and published a scholarly article on independent tort actions for spoliation of evidence under Ohio law. He was also an active member of the civil litigation clinic, through which he represented an asylum-seeking immigrant from Honduras, among other clients.

**Tiffany R. Wunderlin**
Associate

EDUCATION
University of South Dakota School of
Law, J.D.

Saint Mary's University of
Minnesota, B.A.

*Tiffany is a committed advocate, representing injured individuals in cases across the country.*

Since coming to the private sector, Ms. Wunderlin has established a nationwide practice representing victims of injustice.  She has developed a wide array of experience representing victims of car collisions, trucking collisions, medical malpractice, dog-bites, excessive force, and premises liability both at the trial court and appellate court level.   In addition to representing victims in the courtroom, Ms. Wunderlin has worked extensively in the area of legal focus groups, having planned and coordinated more than 100 focus groups.

Dual licensed in Wisconsin and Iowa, Tiffany began her legal career with Iowa Legal Aid where she represented clients who would have nowhere else to turn in cases involving their basic necessities, fundamental rights, and safety.

Tiffany is a member of the Wisconsin Association for Justice.  She is committed to using her passion and knowledge of the law to zealously represent her clients who have suffered injuries as a result of the carelessness of others.



**Robert J. DiCello**
Of Counsel

EDUCATION
Cleveland-Marshall College of Law, J.D.

John Carroll University, B.A., *cum laude*

***Robert has been one of the leading personal injury and class action attorneys in the state of Ohio for the last four decades.***

A co-founder of one of DiCello Levitt's predecessor firms, Mr. DiCello has amassed more than 45 years of professional experience and an extensive list of seven- and eight-figure recoveries for victims of injustice.  He has deep experience in a wide range of class actions, personal injury cases, complex mass torts, and probate matters. Over his long and successful career, he has won multiple appeals before the Ohio Supreme Court.

Robert put himself through Cleveland-Marshall College of Law while working as a safety director at U.S. Steel Corp.  While in law school, he was selected to join *The Cleveland-Marshall Law Review*.  He began his legal career as an assistant prosecutor in the Lake County Prosecutor's Office and later become President of the Lake County Bar Association.  He formed his own firm in 1978, managing it with great success over nearly 40 years until its members founded DiCello Levitt.



**Leo J. Clark, M.D.**
Of Counsel

EMAIL:
lclark@dicellolevitt.com

EDUCATION
University of Toledo College of Law, J.D.

George Washington University School of Medicine, M.D.

***An accomplished neurosurgeon in addition to being a lawyer, Dr. Leo Clark lends an invaluable perspective to cases involving brain and spinal injuries.***

Dr. Clark maintains active practices as both a medical doctor and lawyer, treating vulnerable individuals with brain and spinal cord injuries in both the hospital and courtroom settings. His experience as a highly-respected neurosurgeon adds a unique and invaluable dimension to his legal representation of those who have suffered catastrophic injuries and paralysis as result of medical malpractice, truck or car accidents, police misconduct, and other misfortune. He also advises and serves as an expert witness for attorneys across the country, who regularly seek his assistance in cases involving brain and spinal injuries.

Leo performed his neurosurgical residency at Yale University, where he later conducted spinal cord research and held a teaching position at the Yale University School of Medicine. He has also taught at the University of Connecticut and New York University. He later chaired the departments of neurosurgery at St. Vincent Mercy Medical Center and St. Luke's Hospital in Toledo, Ohio.