## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, JAMES ECKHOFF, MARICEL LOPEZ, CRAIG KAISER, JOHN F. PRENDERGAST, RAYMOND and ROSARIO ALVAREZ, KAREN EASON, JENNIFER SOWERS, JENNIFER FRANKLIN, JORDAN AMRANI, CRYSTAL GILLESPIE, MELISSA STALKER, DILLEN STEEBY, PAULA McMILLIN, JOSEPH C. HARP Jr., and JAMES and MELISSA JUGO TINNEY, individually and on behalf of all others similarly situated, | CASE NO. 3:17-CV-01091-VAB |
| v. | |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. and TOYOTA MOTOR MANUFACTURING, INDIANA, INC. | |

## DECLARATION OF ELBERT F. NASIS IN SUPPORT OF
## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
## AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES

I, Elbert F. Nasis, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner of the law firm of Forchelli Deegan Terrana LLP, a member of the firm's Litigation and Employment and Labor practice groups.  I am counsel for Class Representative plaintiffs, James Eckhoff ("Mr. Eckhoff") and Maricel Lopez ("Mrs. Lopez") in the above-captioned litigation.

2.      I have been admitted to practice and in the state courts of New York since 1996; state courts of New Jersey since 1995; the United States District Court for the Eastern District of New York since 1996;

the United States District Court for the District of New Jersey since 2000; the United States District Court for the Southern District of New York since 2001; and the United States District Court for the Western District of New York since 2004.  I have received honorable mention within the last several years as follows:  New York Area's Top Rated Lawyers by New York Magazine in 2013; Top Rated Lawyers of 2014 as seen in *Newsday Long Island* and *The Wall Street Journal*; Top Rated Lawyers in New York, Highest in Ethical Standards and Professional Excellence, The Legal Network, in 2016; *Long Island Business News* Who's Who in In Intellectual Property and Labor Law, 2017; and *Long Island Business News*, Leadership in Law, 2018.

3.      I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives.  I have personal knowledge of the matters set forth herein and am competent to testify with respect thereto.

4.      From July 25, 2017 through April 30, 2019, my firm has expended 70.9 hours of work in connection with the above-captioned litigation.  Based upon our customary rates in this type of litigation, the total lodestar value of that time is $33,323.00.

5.      My firm's work on this case was performed on a wholly-contingent basis pursuant to a contingency fee contract with Mr. Eckhoff and Mrs. Lopez.  My firm of Forchelli Deegan Terrana LLP has not received any amounts in connection with this case, either as attorneys' fees or expense reimbursement.

6.      Shown below is a true and correct summary identifying the hours I worked on this litigation, my current, regular hourly billing rate, and the respective lodestar values.  I anticipate that additional time and expenses will be incurred for the work Forchelli Deegan Terrana LLP will be performing on this matter through the conclusion of the settlement and this litigation.

7.      The hourly rates shown below are the usual and customary lodestar rates charged in Uniondale, New York, and the national venues in which the firm typically handles cases for each individual doing the type of work performed in this litigation.  These rates were not adjusted, notwithstanding the complexity of this litigation, the skill and tenacity of the opposition, the preclusion of other employment, or any other factors that could be used to justify a higher hourly compensation.  Additionally, my firm has

2

been retained on hourly matters at these rates and I have personally been paid retainers based upon these rates.

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Elbert F. Nasis | (P) | 70.90 | $470.00 | $33,323.00 |
| **TOTAL:** | | | | **$33,323.00** |
| (P) Partner | | | | |

8.      The above amount was derived from contemporaneous daily time records compiled on this matter, which are recorded in our computerized databases.  The firm requires regular and contemporaneous recording of time records, which occurred in this case.

9.      The lodestar summary reflects Forchelli Deegan Terrana LLP's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

10.     My firm has not charged for any expenses in connection with the prosecution of this matter. In my opinion, the time expended and incurred in prosecuting this action were reasonable and necessary for the diligent litigation and representation of the interests of Mr. Eckhoff and Mrs. Lopez and the class of this matter.

11.     As reflected in the attached resume for my firm, Forchelli Deegan Terrana LLP, I have significant experience in prosecuting and defending complex litigations in state and federal courts as well as prosecuting class action cases on behalf of consumers nationwide, which resulted in settlements on behalf of those consumer classes, achieving substantial recoveries for consumers.

12.     Based upon my experience, I believe that the proposed Settlement is fair, adequate, and reasonable based upon -- among other things as detailed in our briefs -- the risks of continued litigation, strength of Plaintiffs' claims, and relief achieved on behalf of the individual Class members.  In addition to the significant injunctive relief obtained by the attorneys, consumers are also able to claim the amount that

they have paid in eligible out-of-pocket expenses related to repair of the covered parts of the power sliding doors at issue in this litigation.

13.    This case was litigated over the course of nearly two years, involving a significant amount of dismissal motion practice, informal and confirmatory discovery, and expert work.   The Class Representatives, including Mr. Eckhoff and Mrs. Lopez, fulfilled their duties to the Class by: ensuring that the proposed Settlement was fair, adequate, and reasonable; staying abreast of litigation; and providing documents and information as necessary.   Accordingly, I believe that the proposed service awards to Mr. Eckhoff and Mrs. Lopez as well the other Class Representatives are also appropriate.

14.    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 9, 2019

By:   _____

ELBERT F. NASIS

4





## FOUNDED IN 1976, FORCHELLI DEEGAN TERRANA LLP IS ONE OF LONG ISLAND'S LARGEST AND MOST DISTINGUISHED LAW FIRMS.

The Firm represents a broad range of clients including national, regional and local businesses, public, private and family-owned companies, major real estate developers, property owners and operators, contractors, banks, municipalities, educational institutions, not-for-profits and foundations, and individuals. Personal attention and quality representation that is both practical and cost-effective are hallmarks of the Firm.

With over 60 attorneys, the Firm is able to provide expertise in nearly 20 different practice areas, with the talent, skill, and experience necessary to meet the legal needs of virtually any client. These attorneys are supported by a dedicated team of paralegals, law clerks, and administrative and support staff, and cutting-edge office and communications technology.

Headquartered in Uniondale, NY, in one of Long Island's premier office buildings, the Firm is conveniently located for clients in Nassau and Suffolk counties, as well as those in New York City.

WHERE THE WHOLE IS ALWAYS GREATER THAN THE SUM OF ITS PARTS.



As Founder and Managing Partner, I have been asked many times why the Firm has been so successful over the years. The answer is pretty simple, actually. We always put our clients first and we always do what is necessary to better serve our clients.

The Firm was formed more than 40 years ago as a three-lawyer, general practice law firm representing local businesses and individuals. Over the years the practice of law has become more complex, as have the needs of our clients. While the Firm's roots were originally in Real Estate and Land Use and Zoning, our clients quickly started to look to us for other matters, and almost immediately we needed to add other disciplines.

As the Firm's reputation grew, so did our clients, and we began to attract bigger ones whose needs were more diverse and complex. We embraced these developments and set a course to establish the Firm as one of Long Island's finest. We recruited the best attorneys we could find in disciplines such as Litigation, Tax Certiorari, Corporate, Banking, Employment and Labor, and Tax, Trusts and Estates. We designed and built out a world-class office and equipped it with state-of-the-art technology. As our clients demanded more, we added subspecialty and cutting-edge practices such as Construction, Bankruptcy, IDA Benefits, and Renewable Energy. Each of these moves was made simply to better and more fully serve our clients.

As the Firm has grown, I am most proud of the great team of attorneys and staff we have assembled and how we all work together to deliver unparalleled client service. As one of my heroes Vince Lombardi once said, "The challenge of every team is to build a feeling of oneness…because the question is usually not how well each person performs, but how well they work together." With the breadth and depth of talent we have in our office, we have the unique ability to tackle the most difficult legal challenges and provide our clients with successful resolutions. I would put our team here up against any other legal team out there, and I believe our clients would agree.

– Jeffrey D. Forchelli, Managing Partner

FIRM **DISTINCTION**

## REAL ESTATE

The Real Estate practice group delivers comprehensive, innovative, and practical legal services for life-cycle real estate needs on a local, regional, and national basis, from acquisition and development to the lease, sale, and financing of industrial, commercial, warehouse facilities, retail, multifamily, residential, hotel, and office properties. The group leverages the full range of the Firm's other practice areas such as Tax, Environmental, Tax Certiorari, and Land Use and Zoning.

Our Real Estate practice group counsels clients relative to real estate brokerage, project management, and lease portfolio matters, be it from a service provider or user perspective. In addition, the group's attorneys represent property owners and tenants relative to landlord/tenant disputes and litigation, and developers and investors regarding preparation, review, and negotiation of operating agreements or other joint venture agreements.

The Firm's attorneys also counsel clients regarding implementation of green and sustainable elements into real estate projects, including advising clients about governmental incentives, or achieving status such as LEED certification or other sustainable metrics.

Our attorneys possess an advanced level of expertise in various forms of finance including Fannie Mae, Small Business Administration and Industrial Development Agency financing, and procurement of economic development grants.

## TAX CERTIORARI

The Tax Certiorari practice group concentrates on handling tax certiorari proceedings to challenge real estate tax assessments and reduce real estate taxes. Our team approach involves checking every aspect of a property's taxation to ensure that our clients obtain the largest possible tax refund and reduction in future taxes. We have been successful in obtaining millions of dollars in real estate tax refunds and savings for our clients, which include national, regional and local owners, and tenants of all types of commercial and residential property.

Combining the expertise of a boutique tax certiorari firm with the resources of a large regional firm, the group's attorneys and support staff have decades of experience and include a certified New York State Assessor. In addition, the department regularly utilizes the expertise of the Litigation, Real Estate, Zoning and Environmental practice groups, enabling them to be more effective than a firm that exclusively practices tax certiorari.

This practice group also counsels clients in all other aspects of real estate taxation including tax exemptions, estimation of taxes for new construction, lease tax escalation clauses, and the sale, purchase and foreclosure of tax liens. They also work closely with our IDA and Government Development Incentives Department to ensure that all tax advantages are explored.



## LAND USE & ZONING

Since our formation over 40 years ago, the Firm has participated in some of the largest and most complex land use and zoning projects on Long Island and the greater metropolitan area. Our attorneys have successfully represented homeowners, small businesses, major developers, national corporations, organizations, associations, and municipalities in every aspect of land use and zoning, including applications for zone changes, subdivisions, site plans, special permits, variances, architectural review, environmental impact statements, and all types of zoning litigation.

The Firm has secured approvals for a number of major corporations and developments including Northrop Grumman Corporation, Cablevision Systems Corporation, Lowe's Home Centers, Roosevelt Raceway Properties, the Westbury Drive-In, Friends Academy, Adelphi University, St. Francis Hospital, NXTech, Diocese of Rockville Centre, and the Long Island Home, among others.

## IDA & GOVERNMENT DEVELOPMENT INCENTIVES

Forchelli Deegan Terrana is a leader in representing private-sector businesses and developers in their applications to Industrial Development Agencies (IDAs) across Long Island. The Firm's experience allows us to assist businesses, property owners, and developers in identifying and maximizing potential benefits. We have handled many high-profile clients and projects, including several corporate headquarters relocations, with outstanding results.

IDAs can offer substantial benefits to commercial real estate projects, benefits that are often overlooked by the real estate and business communities. These benefits can often make or break a deal, and IDAs are looking to make deals that might otherwise not happen. IDAs incentivize businesses to locate, expand, and/or remain in New York state. The potential benefits include: a sales tax exemption on construction materials and eligible equipment; a mortgage recording tax exemption; and, often the most valuable, a beneficial PILOT agreement with significant savings on real property taxes. A project may also qualify for tax-exempt and/or taxable bonds, providing lower interest rates and allowing a project to tap credit markets not otherwise available.

It is very important to approach the IDA as early as possible, before a contract, when the deal is being put together.

## FIRM COMMITMENT

### BANKING & FINANCE

The Banking and Finance practice group provides our institutional and private lender clientele with general counsel, closing, and collection services.

We bring effective counsel and a wealth of experience to lenders, borrowers, and financial institutions in finance and general banking matters. Our success has given us a reputation for excellence as a leading law firm within the lending community.  We represent a variety of financial institutions including national, regional, and local banks.

The Firm effectively handles many different types of lender financing transactions, including complex secured, unsecured, leasehold, and construction loans, as well as business loans and lines of credit. Our discipline covers a broad range of loan transactions affecting many types of properties, including residential, commercial, mixed use, industrial properties, shopping centers, multifamily, co-ops, and condominiums.

On the enforcement side, our lending clients rely on our experience and expertise in the areas of commercial, residential and business loan collections, foreclosures, loan workouts, and litigation. The Firm represents mortgage lenders and servicers in all phases of the foreclosure and bankruptcy process. We have successfully prosecuted collection actions in bankruptcy court and represented our clients in state and federal court regarding lender liability claims, priority disputes, title issues, usury claims, and surplus money proceedings.

### MUNICIPAL

Our Municipal practice group holds an impressive record of successfully representing Long Island counties, towns, villages, cities, and other government entities in all types of municipal matters, including litigation. A number of Firm attorneys began their careers as full-time city attorneys, deputy county and town attorneys; several currently serve as general and special counsel to incorporated villages, handling zoning, employment, tax certiorari, and other real property matters.



### CONDOMINIUM, COOPERATIVE & HOA OFFERING PLANS

Forchelli Deegan Terrana has extensive experience in the preparation and filing of offering plans with the New York State Attorney General, with a reputation for creativity, timeliness, and attention to detail. That track record, combined with our knowledge and experience in land use and subdivision procedures, make the Firm the obvious choice for condominium, cooperative, and HOA offering plans. We also have extensive experience with all aspects of the conversion of existing properties to cooperative and condominium ownership

### ENVIRONMENTAL

The Environmental practice group advises clients on compliance matters including compliance with all major environmental programs and with regard to investigation and remediation of contaminated sites, as well as working with transactional groups to structure transactions that minimize potential environmental liabilities, and with the zoning and land use groups on environmental impact review issues (SEQRA). Our attorneys also represent clients in environmental enforcement actions and superfund cost recovery issues.



### RENEWABLE ENERGY

The Renewable Energy practice is dedicated to assisting clients navigate the growing and often confusing array of government and private-sector initiatives aimed at increasing the use of renewable energy and sustainable consumption. Supported by the Firm's talented and specialized areas of practice, the group's objective is to advise clients of the available resources and then quarterback the application of those resources to best suit each client's needs in this developing area of law.



## FIRM SOLUTIONS

## LITIGATION

The Litigation group takes a pragmatic and collaborative approach to accomplishing the goals of our clients by developing strategies consistent with their business and dispute-resolution needs. We strive to fully understand our clients' businesses and industries and their business relationships to determine if a short-term litigation victory, in fact, accomplishes their long-term business objectives. We utilize sophisticated technology including e-discovery and document-management systems to streamline our efficiency.

Our attorneys are prominent trial lawyers, former judges, and experienced arbitrators and mediators. We successfully represent clients in commercial and business disputes, including contract disputes, controversies involving corporate control and dissolutions, unfair competition and trade, real estate issues, construction disputes, partnership and joint venture disputes, land use, zoning and related environmental matters, insurance disputes, and defending industrial accident cases. Our clients include public companies, insurers, closely held businesses, entrepreneurs, and individuals.

In conjunction with other practice groups, we litigate labor and employment issues, lending and bankruptcy issues, land use and zoning cases, and estate and trust litigation. Our experience defending construction and industrial accident cases facilitates our representation of seriously injured accident victims in plaintiffs' personal injury litigation.

## EMPLOYMENT & LABOR

The Firm's Employment and Labor practice has two principal components – counseling and litigation. Our attorneys work with management, human resources, and personnel professionals in connection with various employment decisions, such as terminations and discipline, reductions in force and restructuring, acquisitions and divestitures, restrictive covenants, wage and hour laws, union issues, negotiating collective bargaining agreements and grievances, compliance issues, and preparation of policies, employee handbooks, and employment contracts. We conduct audits of employment practices and policies, and provide employer-sponsored training concerning equal employment opportunity obligations.

On the litigation side, our attorneys regularly handle employment disputes in federal and state courts and before administrative agencies for matters relating to employment discrimination and harassment, wrongful discharge, sexual harassment claims, wage and hour claims, restrictive covenants, unfair competition, theft of trade secrets, breach of contracts, and whistleblower claims.

Our attorneys also handle traditional labor matters such as representing management concerning union issues, collective bargaining issues, defense of unfair labor practice claims before the National Labor Relations Board, grievance arbitrations under collective bargaining agreements, and all other union/management issues.

The Firm also represents executives in connection with the negotiation of employment contracts and severance agreements.



## CONSTRUCTION

Forchelli Deegan Terrana's Construction Law practice provides practical advice and legal representation to clients involved in all phases of construction and real estate development from initial contract drafting through resolution of contract claims and disputes.

Our clients include owners, developers, design professionals, general contractors, construction managers, subcontractors, and suppliers, participating in major private and government projects.

Beginning with the inception of a project, our attorneys assist in the structuring of the project team and the drafting and negotiating of construction and consulting contracts and related project documents. On government contracts, we handle bid protests and other bidding and contract award irregularities. During the preconstruction and construction phases, we counsel clients on practical, successful strategies to enforce their contract rights and to avoid and resolve disputes that may arise. For those disputes that cannot be resolved, we have extensive experience prosecuting and defending claims related to nonpayment, extra work/change orders, delays, changed and unforeseen conditions, design errors, construction defects, prevailing wage and project labor issues, defaults and terminations. We are also experienced in bringing and defending against mechanic's lien filings and foreclosures, as well as claims for diversion of trust funds.

Our attorneys have appeared in state and federal trial and appellate courts, administrative agencies, arbitrations, and mediations.

## BANKRUPTCY & CORPORATE RESTRUCTURING

The Bankruptcy and Corporate Restructuring group offers innovative solutions to minimize risk and increase financial stability.

We represent debtors, creditors, committees, lenders, equity holders, and landlords in financial workouts, forbearance agreements, and bankruptcy proceedings. Experience includes clients in the construction, real estate, manufacturing, distribution, retail, and healthcare industries.

The Firm has extensive experience in bankruptcy litigation including preference and fraudulent conveyance claims, and litigating issues involving a debtor's discharge.

# FIRM DIRECTION

## CORPORATE & COMMERCIAL

The Corporate and Commercial practice at Forchelli Deegan Terrana is one of Long Island's largest and most sophisticated. The group provides a complete array of services including mergers and acquisitions, dispositions, equity and debt financing (including angel, mezzanine, and venture capital financing), private placements, securities regulation and compliance, joint ventures and strategic alliances, business formations, entity organization and governance, shareholder agreements, LLC operating agreements, reorganizations, liquidations, business divorce, shareholder oppression, employment and consulting agreements, severance arrangements, equity incentive plans, private label agreements, licensing agreements, manufacturing, distribution and supply agreements, vendor agreements, and numerous other types of commercial contracts and agreements.

Our wide range of corporate and commercial clients includes privately held companies, public corporations, emerging businesses, start-ups, and entrepreneurs. The Firm serves as outside general counsel to numerous private middle-market companies on Long Island, in the NYC metro area, and beyond. Our attorneys also represent institutional and individual investors (including venture capital funds, corporate venture capital programs, and angel investors), and private equity funds with respect to their portfolio company investments and transactions. The Firm frequently serves as local counsel and special counsel to various national and international companies in a variety of corporate and commercial transactions and matters.

## TAX, TRUSTS & ESTATES

The Tax, Trusts and Estates practice group provides guidance and advice in many distinct areas of law that are affected by tax issues, including estate planning. The Firm's tax specialists also develop and implement business succession plans and wealth transfer plans. Our attorneys utilize sophisticated techniques to minimize estate taxes and administrative costs. We advise in transactional matters to achieve the best possible income tax results.

Our attorneys have considerable experience in income, gift, estate, and other tax matters. We have guided clients through the Offshore Voluntary Disclosure Program created by the IRS to deal with assets held in foreign accounts. We have also successfully represented clients in civil tax matters including disputes concerning residency status, unpaid payroll tax liabilities, and unpaid personal and business tax liabilities. The Firm also represents clients before tax agencies during audits, in administrative appeals, and in appropriate courts when required.

In addition to strategic planning, the Firm has specialists who assist clients in the probate and administration of estates including the preparation of estate tax returns. The litigated matters include contested probate/administration proceedings, contested accountings, guardianship issues, and will construction proceedings. The Firm also advises clients on the formation of not-for-profit corporations and obtaining tax-exempt status.



## RESTAURANT & HOSPITALITY

Our Restaurant & Hospitality Group provides clients with knowledgeable and experienced counsel, in collaboration with our Real Estate, Corporate and Commercial and other practice groups. In our work for chefs and other founders, restaurants and investors, our attorneys have successfully guided clients through start-up matters, capital raises, sales, and closings. We also provide counsel with respect to commercial contracts, HR matters, lease negotiations, and land use and zoning matters.

## VETERINARY

An outgrowth of our corporate and transactional practice, the Firm's expanded Veterinary practice group features a team of attorneys that concentrates on the special needs of veterinarians. With experience in business transactions, employment, real estate and tax planning, land use, finance, environmental matters and litigation, the group provides the veterinary community with professional guidance across a spectrum of legal disciplines.





## ENTERTAINMENT & SPORTS

The Entertainment and Sports practice is unique on Long Island and counsels clientele across the broad spectrum of the industry including television, film, theater, music, radio, publishing, athletics, and digital media. Our services and experience include recording deals; artist/talent agreements; television production transactions; life rights agreements; reality show agreements; licensing, merchandising and endorsement arrangements; branding matters; book deals; website agreements; and management contracts.