## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

NED SIMERLEIN, JAMES ECKHOFF,
MARICEL LOPEZ, CRAIG KAISER, JOHN
F. PRENDERGAST, RAYMOND and
ROSARIO ALVAREZ, KAREN EASON,
JENNIFER SOWERS, JENNIFER
FRANKLIN, JORDAN AMRANI, CRYSTAL
GILLESPIE, MELISSA STALKER, DILLEN
STEEBY, PAULA McMILLIN, JOSEPH C.
HARP Jr., and JAMES and MELISSA JUGO
TINNEY, individually and on behalf of
all others similarly situated,

CASE NO. 3:17-CV-01091-VAB

v.

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR NORTH AMERICA, INC.,
TOYOTA MOTOR SALES, USA, INC.,
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC. and TOYOTA MOTOR
MANUFACTURING, INDIANA, INC.

## DECLARATION OF R. SCOTT LONG IN SUPPORT OF
## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES,
## AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES

R. SCOTT LONG, admitted to practice *pro hac vice* in the *Franklin, et. al. v. Toyota Motor Corp., et al.,* Case No. 2:17-CV-04633 – VAP – AFM. (C.D. CA) action, which was consolidated with the above-styled matter, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a founding partner of the law firm of Hendrickson & Long, PLLC ("H&L"), where I co-chair the firm's class action and product litigation practice groups. H&L was counsel of records in the *Franklin* matter.

2.      I am admitted to practice in the State of West Virginia.  I have also been admitted to federal courts in the State of West Virginia.  I have also appeared in cases pending in State Courts for Indiana, Kentucky, Michigan and South Carolina.[1]

3.      I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives.  I have personal knowledge of the matters set forth herein and are competent to testify with respect thereto.

4.      From March 3, 2017 through April 30, 2019, H&L has expended 356.40 hours of work in connection with this litigation.  Based upon our hourly rates in this type of litigation, the lodestar value of that time is $99,797.50 based upon such rates.

5.      My firm's work on this case was performed on a wholly-contingent basis pursuant to contingency fee contracts with certain of the named Plaintiffs.  H&L has not received any amounts in connection with this case, either as fee income or expense reimbursement.

6.      Shown below is a true and correct summary identifying the attorneys and paralegals who have worked on this litigation, the number of hours, those individuals have worked, their regular hourly billing rates, and their respective lodestar values.  We anticipate that additional time and expenses will be incurred for the work that H&L will be performing on this matter through the conclusion of the settlement.

7.      The hourly rates shown below are the usual and customary lodestar rates charged in Charleston, West Virginia, in which the firm typically handles cases for each individual doing the type of work performed in this litigation.  These rates were not adjusted, notwithstanding the complexity of this litigation, the skill and tenacity of the opposition, the preclusion of other

---

[1]      Other H&L counsel as shown on Exhibit 1 are Guy R. Bucci, John H. Tinney and John K. Cecil. Their biographical information as well as mine is contained in Exhibit 2.  Paralegals and their time are also identified in Exhibit 1.

employment, the delay in payment, or any other factors that could be used to justify a higher hourly compensation. *See* Exhibit 1.

8.      These amounts were derived from contemporaneous daily time records compiled on this matter, which are recorded in our computerized database. The firm requires regular and contemporaneous recording of time records, which occurred in this case.

9.      The lodestar summary reflects H&L's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

10.     H&L has advanced a total of $2,094.10 in expenses which were reasonably and necessarily incurred in connection with the prosecution of this matter.

11.     These expenses are reflected in the books and records regularly kept and maintained by my firm.

12.     In my opinion, the time expended and incurred in prosecuting this action were reasonably and necessary for the diligent litigation of this matter.

13.     As reflected in the attached resume for my firm, H&L attorneys on this matter have significant experience in prosecuting and defending a significant number of class action cases on behalf of consumers and others.  Many of those cases resulted in settlements on behalf of those classes, achieving hundreds of millions of dollars in recoveries for consumers.

14.     Based upon H&L's collective experience, I believe that the proposed Settlement is fair, adequate, and reasonable based upon—among other things as detailed in our briefs—the risks of continued litigation, strength of Plaintiffs' claims, and relief achieved on behalf of the individual Class members.  In addition to the significant injunctive relief obtained by the attorneys, consumers are also able to claim the amount that they have paid in eligible out-of-pocket expenses related to repair of the power sliding rear doors at issue in this litigation.

15.     This case was litigated over the course of nearly two years, involving a significant amount of dismissal motion practice, informal and confirmatory discovery, and expert work. The proposed Class Representatives fulfilled their duties to the Class by ensuring that the proposed Settlement was fair, adequate, and reasonable, stayed abreast of litigation, and provided documents and information as necessary. Accordingly, I believe that the proposed service awards to each of the proposed Class Representatives are also appropriate.

16.     I declare under penalty of perjury that the foregoing is true and correct.


Dated:  May 10, 2019                        By:     /s/ R. Scott Long
                                                         R. Scott Long

**SUMMARY FEES & EXPENSES**

**TOYOTA MOTOR CORP.**



| Attorney | Paralegal | Number of Hours Worked | Hourly Rate | Fees |
|---|---|---|---|---|
| R. Scott Long | | 58.90 | $350.00 | $20,615.00 |
| Guy R. Bucci | | 81.20 | $350.00 | $28,420.00 |
| John H. Tinney | | 81.50 | $275.00 | $22,412.50 |
| John K. Cecil | | 120.00 | $225.00 | $27,000.00 |
| | Nodgie P. Kennedy | 9.60 | $100.00 | $960.00 |
| | Kimberly K. Dillard | 5.20 | $75.00 | $390.00 |
| | | | | |
| | | 356.40 | | $99,797.50 |

Expenses & Advances      **$  2,094.10**

Fees      **$ 99,797.50**

**Total Fees, Expenses & Advances**  **$101,891.60**



**OUR FIRM**    **OUR PEOPLE** ▾    304-346-5500

**PRACTICE AREAS** ▾    **NEWS**    **CONTACT**



## Hendrickson & Long, PLLC knows you are looking for litigation lawyers you can trust.

### OUR FIRM

  

  

 

Over the past two decades, Hendrickson & Long, PLLC, has grown into a comprehensive, litigation-oriented law firm with attorneys and staff working out of our centrally located office in the heart of West Virginia's capital city. Prior to forming their partnership, both Mr. Hendrickson and Mr. Long had a wide range of experience as partners with one of West Virginia's oldest and largest law firms. H & L has added, as partners, other attorneys with equally prestigious credentials; new, energetic and talented associates; and a staff of legal assistants with extensive litigation knowledge.

Since our inception, we have established a superior and varied client base. The firm is counsel for individuals, local West Virginia businesses, national and international companies and is recognized as one of the most progressive legal establishments in the state. Our team is dedicated to and focused on expanding the firm's range of services in ways that meet clients' needs and expectations.

This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia.This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:    304-346-5500
Fax:    304-346-5515
Email:    info@handl.com

214 Capitol St, Charleston, WV 25301

   



**OUR FIRM**      **OUR** PEOPLE ▼                    **304-346-5500**

**PRACTICE AREAS** ▼      **NEWS**      **CONTACT**

document work, handling class-action litigation and the trial of consolidated cases. Our attorneys have served as national counsel to Fortune 100 companies in industry-wide litigation. We also serve a broad range of clients, large and small, on a national, regional and local basis. We routinely litigate in state and federal trial and appellate courts in West Virginia and across the region.

This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:       304-346-5500
Fax:        304-346-5515
Email:      info@handl.com

214 Capitol St. Charleston,
WV 25301







OUR FIRM   OUR PEOPLE ▼   304-346-5500

PRACTICE AREAS ▼   NEWS   CONTACT

**ATTORNEYS**

## OUR PEOPLE

David K. Hendrickson

**R. Scott Long**

Barbara Allen-Samples

Eric R. Arnold

Gene Bailey

Guy R. Bucci

John K. Cecil

Carl L. Fletcher, Jr.

Jeffry H. Hall

Andrew W. Holbrook

Ashley N. Lynch

David F. Nelson

Raj A. Shah

J. Andrew Skeens

H. Jerome Sparks

John H. Tinney, Jr.

**PARALEGALS**

### R. SCOTT LONG | HANDL



  

**Hendrickson & Long, PLLC**

214 Capitol St.
Charleston, WV 25301

Tel: **304-346-5500**
Direct: **304-346-4622**
Mobile: **304-720-5523**
Fax: **304-346-5515**
Email: **scott@handl.com**



This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call: 304-346-5500
Fax: 304-346-5515
Email: info@handl.com

214 Capitol St, Charleston, WV 25301

    



OUR FIRM    OUR PEOPLE ▼    304-346-5500

Jodi Knight

PRACTICE AREAS ▼    NEWS    CONTACT

Founding Partner R. Scott Long is a highly competitive litigator with the ability to relate to clients and juries alike. He and David K. Hendrickson started Hendrickson & Long, PLLC over 20 years ago. Their mutual goal was to establish a litigation boutique firm consisting of attorneys with true trial experience who are driven to obtain superior client results.

Throughout his extensive career, Scott has developed a reputation as a go-to civil litigator in West Virginia (WV). His primary practice areas include personal injury, wrongful death, medical malpractice, product liability, class action, and toxic tort cases, including asbestos defense. Scott briefed and argued *Bower v. Westinghouse Electric Corp.*, a notable WV case involving medical monitoring.

Scott serves both plaintiffs and defendants in his broad-based litigation practice, from individuals and privately held entities to Fortune 100 companies.

Scott is also an astute mediator and a proud member of the WV Chapter of the National Academy of Distinguished Neutrals. The Academy is the premier association for experienced civil alternative dispute resolution practitioners. His experience as a litigator has made him a sought-after mediator by both the plaintiff and defense bars.

While attending the West Virginia University College of Law, Scott was a senior editor of West Virginia Law Review and senior editor of the National Coal Issue.

Scott's ability to obtain superior results for his clients has been recognized by several national publications including Chambers USA: Best

This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:    304-346-5500
Fax:    304-346-5515
Email:   info@handl.com

214 Capitol St, Charleston, WV 25301





OUR FIRM     OUR PEOPLE ▾     304-346-5500

PRACTICE AREAS ▾     NEWS     CONTACT

enjoys working with kids who aspire to play
college basketball.

## PRACTICE AREAS

**Arbitration and Mediation, Civil, Personal Injury/Wrongful Death, Product Liability, Toxic Tort**

## EDUCATION

J.D., West Virginia University College of Law, **1983**

**B.A.,** Wake Forest University, **1980**

## BAR ADMISSIONS

Supreme Court of Appeals of West Virginia

United States Court of Appeals for the Fourth Circuit

United States District Court for the Northern District of West Virginia

United States District Court for the Southern District of West Virginia

United States Court of Federal Claims

## AWARDS AND ACHIEVEMENTS

*Best Lawyers in America*, **Bet-the-Company Litigation and Commercial Litigation (since 2006)**

Chambers USA, **Band 1 Rating for Litigation – Mass Tort in West Virginia**

Super Lawyers, **Products Liability Litigation (since 2007)**

This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:     304-346-5500
Fax:      304-346-5515
Email:    info@handl.com



214 Capitol St, Charleston, WV 25301



OUR FIRM    OUR PEOPLE ▼                                304-346-5500

PRACTICE AREAS ▼    NEWS    CONTACT

Neutrals, WV Chapter

**Member,** Defense Trial Counsel of West Virginia

**Former Member,** University of Charleston
Board of Trustees

**Director,** WV Wildcats Select AAU Basketball
Program

## REPRESENTATIVE CASES

*Ohio Power Co. v. Dearborn Mid-West
Conveyor Co., Inc.,* **Civil Action No. 5:11CV164
(N.D. W. Va. June 29, 2012)**

*Kahle v. APP Pharm., LLC,* **2010 WL 3394079
(N.D. W. Va. Aug. 26, 2010)**

*Felman Prod., Inc. v. Indus. Risk Insurers,* **(S.D.
W. Va. Dec. 9, 2010)**

*Mt. Hawley Ins. Co. v. Felman Prod., Inc.,* **269
F.R.D. 609 (S.D. W. Va. 2010)**

*Hamrick v. A & I Co.,* **2009 WL 1077930 (S.D. W.
Va. 2009)**

*Mid-State Sur. Corp. v. Thrasher Eng'g, Inc.,* **575
F. Supp. 2d 731 (S.D. W. Va. 2008)**

*Ashworth v. Albers Med., Inc.,* **410 F. Supp. 2d
471 (S.D. W. Va. 2005)**

*Ashworth v. Albers Med., Inc.,* **395 F. Supp. 2d
395 (S.D. W. Va. 2005)**

*Thomas v. Wyeth,* **2005 WL 3754203 (S.D. W. Va.
June 16, 2005)**

*Roberts v. Anchor Packing Co.,* **2005 WL
1201212 (S.D. W. Va. May 19, 2005)**

*M/V Drema G. Woods v. Johnson,* **97 Fed. Appx.
449 (4th Cir. 2004)**

*In re Tobacco Litig.* (Med. Monitoring Cases),
**215 W. Va. 476 (2004)**

This may be considered AN ADVERTISEMENT or Advertising
Material under the Rules of Professional Conduct governing
lawyers in West Virginia. This web site is designed for general
information only. The information presented at this site
should not be construed to be formal legal advice nor the
formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This
site made by: MESH DESIGN

Call:    304-346-5500
Fax:    304-346-5515
Email:    info@handl.com

*214 Capitol St,* Charleston,
*WV 25301*





OUR FIRM      OUR PEOPLE ▾                304-346-5500

PRACTICE AREAS ▾        News          CONTACT

*State ex rel. Mobil Corp. v. Gaughan*, 563 S.E.2d 419 (W. Va. 2002)

*State ex rel. Allman v. MacQueen*, 551 S.E.2d 369 (W. Va. 2001)

*Childers Oil Co., Inc. v. Exxon Corp.*, 960 F.2d 1265 (4th Cir. 1992)

C*ostoplos v. Piedmont Aviation, Inc.*, 399 S.E.2d 654 (W. Va. 1990)

*Cline v. White*, 393 S.E.2d 923 (W. Va. 1990)

*Cardinal Constr. Co. v. Besmec, Inc.*, 701 F. Supp. 1274 (S.D. W. Va. 1988)

*State v. Clark*, 175 W. Va. 58 (1985)

## PUBLICATIONS/PRESENTATIONS

**Multi-Plaintiff Litigation in West Virginia**

**West Virginia Class Action and Mass Torts**

**Asbestos Personal Injury Litigation Seminar, Defense Research Institute (Nov. 21-22, 1996)**

**Co-author, Evidentiary Issues in Mass Tort Litigation**

**The "Peripheral" Asbestos Defendant: Confronting *Dartez* Allegations and the Phantom of Product Exposure**



This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:    304-346-5500
Fax:     304-346-5515
Email:   info@handl.com

*214 Capitol St, Charleston, WV 25301*

   



OUR FIRM    OUR PEOPLE ▾    304-346-5500

PRACTICE AREAS ▾    NEWS    CONTACT

**ATTORNEYS**

David K. Hendrickson

R. Scott Long

Barbara Allen-Samples

Eric R. Arnold

Gene Bailey

**Guy R. Bucci**

John K. Cecil

Carl L. Fletcher, Jr.

Jeffry H. Hall

Andrew W. Holbrook

Ashley N. Lynch

David F. Nelson

Raj A. Shah

J. Andrew Skeens

H. Jerome Sparks

John H. Tinney, Jr.

**PARALEGALS**

## OUR PEOPLE

### GUY R. BUCCI | H AND L





**Hendrickson & Long, PLLC**

214 Capitol St.
Charleston, WV 25301

Tel: **304-346-5500**
Direct: **304-720-5510**
Fax: **304-346-5515**
Email: **gbucci@handl.com**

This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:    304-346-5500
Fax:     304-346-5515
Email:   info@handl.com



214 Capitol St, Charleston, WV 25301

Hendrickson & Long PLLC

**OUR FIRM**      **OUR PEOPLE** ▼

304-346-5500

Jodi Knight

PRACTICE AREAS ▼   NEWS   CONTACT

personal injury lawyer he has represented numerous clients against careless drivers, reckless truck companies, and manufacturers of unsafe products and harmful chemicals. His range of experience as a wrongful death attorney includes cases against hospitals and physicians and others whose unsafe conduct and hazardous activities caused serious personal injury or death.

In his undergraduate years at Pitt, Guy competed as a Division I baseball player as a starter catcher, was a fraternity officer, and participated in usual student activities including working a reporter for the Pitt news. He was inspired mostly by his political science and by his American History studies to become a lawyer. After receiving his Bachelor of Arts in English literature with a history minor at the University of Pittsburgh in 1967, Guy went on to earn his Juris Doctor at the West Virginia University College of Law in 1970. While in law school, he was a member of the prestigious National Moot Court team and the Moot Court Board.  He received the American Jurisprudence Award for Administrative Law and he wrote for the student newspaper.

Guy's distinguished public career started in service as counsel to the West Virginia State Tax Commissioner, followed by service as counsel to the West Virginia Legislature and as Assistant Attorney General. And, in later years while in private practice, Guy served as Special Assistant Attorney General. His body of work includes a number of landmark opinions by the Supreme Court of Appeals of West Virginia that helped ensure justice for his clients, and he continues to work with that goal in West Virginia courts and elsewhere in the areas of personal injury and wrongful death, product liability, toxic tort, and other areas of civil litigation. In late 2015, Guy started the Bucci Law Firm after having founded the former

This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:     304-346-5500
Fax:      304-346-5515
Email:    info@handl.com

214 Capitol St, Charleston,
WV 25301





**OUR FIRM**   **OUR PEOPLE** ▾

**304-346-5500**

PRACTICE AREAS ▾   NEWS   CONTACT

clear the path to secure the invitation to join the Big 12 Conference for athletics and academics. He was appointed as Special Assistant Attorney General to represent the State of West Virginia in obtaining substantial recoveries in consumer protection and anti-trust cases. Guy provides representation throughout the State of West Virginia as well as with resident lawyers in Pennsylvania and Virginia.

Guy is a long-time supporter of West Virginia University and the West Virginia University College of Law, where he is a Dean's Partner, and he contributes to the College of Law benefit funds. He has also been an invited speaker to legal groups and an invited lecturer at the College of Law. Guy holds the highest peer-reviewed rating of AV-Preeminent by Martindale-Hubbell and has been named a Top Rated Personal Injury Attorney by Super Lawyers.

Throughout his professional career, Guy has contributed to his profession and the community at large. He served as President of the West Virginia Association for Justice and as a member of its Board of Governors for many years, was a member of the Visiting Committee of the West Virginia University College of Law, was a Member and Committee Co-Chair for the Mining and Oil Field Litigation Group of the American Association for Justice, and served as a Trustee and Chairman of the Legal Committee of the West Virginia Investment Management Board. Throughout the years, Guy has also been a member of various local civic and charitable organizations.

Guy is married with four adult children, seven grandchildren, six dogs, and one cat. In his spare time, he enjoys watching sports, chasing after his dogs, reading, and playing golf. He is still trying to break 80 on the golf course.

This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

Call:    304-346-5500
Fax:     304-346-5515
Email:   info@handl.com



214 Capitol St, Charleston,
WV 25301

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN



**304-346-5500**

**1970**

B.A., University of Pittsburgh, 1967

## BAR ADMISSIONS

Supreme Court of Appeals of West Virginia

United States Supreme Court

United States Court of Appeals for the Fourth Circuit

United States District Court for the Northern District of West Virginia

United States District Court for the Southern District of West Virginia

United States Court of Appeals for the Fifth Circuit

## AFFILIATIONS AND COMMUNITY INVOLVEMENT

**President and Member of the** Board of Governors, West Virginia Association for Justice

**Member,** Visiting Committee of the West Virginia University College of Law

**Member and Committee Co-Chair,** Mining and Oil Field Litigation Group of the American Association for Justice

**Trustee and Chairman, Legal Committee of the** WV Investment Management Board



This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:     **304-346-5500**
Fax:      **304-346-5515**
Email:    **info@handl.com**

*214 Capitol St. Charleston, WV 25301*





OUR **FIRM**     OUR PEOPLE ▾     304-346-5500

PRACTICE AREAS ▾     NEWS     CONTACT

**ATTORNEYS**

## OUR PEOPLE

David K.
Hendrickson

R. Scott Long

Barbara Allen-
Samples

Eric R. Arnold

Gene Bailey

Guy R. Bucci

John K. Cecil

Carl L. Fletcher, Jr.

Jeffry H. Hall

Andrew W.
Holbrook

Ashley N. Lynch

David F. Nelson

Raj A. Shah

J. Andrew Skeens

H. Jerome Sparks

**John H. Tinney, Jr.**

**PARALEGALS**

### JOHN H. TINNEY, JR. | H AND L



**Hendrickson & Long, PLLC**

214 Capitol St.
Charleston, WV 25301

Tel: **304-346-5500**
Direct: **304-400-4548**
Fax: **304-346-5515**
Email: **jtinney@handl.com**

This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:     304-346-5500
Fax:      304-346-5515
Email:    info@handl.com



214 Capitol St, Charleston,
WV 25301



**OUR FIRM**    **OUR PEOPLE** ▾                    304-346-5500

Jodi Knight

**PRACTICE** Jack earned his Bachelor of Music in history, *cum laude,* from Washington and Lee University in 1992. And he earned his Juris Doctor From Wake Forest University School of Law in 1995, where he also received The Bennett-Liverman Scholarship.

Jack started his legal career in private practice for one of the largest firms in West Virginia. He then served as law clerk to the Honorable Robert B. King on the United States Court of Appeals for the Fourth Circuit. Following his clerkship, Jack joined the United States Attorney's Office for the Southern District of West Virginia as an Assistant United States Attorney, where he prosecuted a variety of criminal cases and represented the United States in the Fourth Circuit Court of Appeals.

In 2001, Jack was a founding Member of The Tinney Law Firm, where he spent 15 years representing a variety clients in federal and state courts, including the Supreme Court of Appeals of West Virginia in two separate constitutional challenges to the court's trial court rules and judicial recusal process. In 2014, Jack was a member of the team that successfully challenged and overturned West Virginia's unconstitutional ban on same-sex marriage in McGee v. Cole.

Jack joined the Hendrickson & Long, PLLC in February 2016, where he continues to treat each client as he would wish to be treated: engaged in the client's matter and understanding the client's ultimate goal.

Outside of the law practice, Jack uses his skills and experience to give back to his profession and the community. He is a member of the Criminal Justice Act Advisory Committee for the Southern District of West Virginia and a former board member of the Charleston Sanitary Board.

This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia.This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

Call:   304-346-5500
Fax:   304-346-5515
Email:  info@handl.com



214 Capitol St, Charleston, WV 25301

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN



OUR **FIRM**       **OUR PEOPLE** ▼                    **304-346-5500**

**PRACTICE AREAS**  B.A. *cum laude*, Washington and Lee **CONTACT**
University, 1992

## BAR ADMISSIONS

Supreme Court of Appeals of West Virginia

United States Court of Appeals for the Fourth
Circuit

United States District Court for the Northern
District of West Virginia

United States District Court for the Southern
District of West Virginia

## AWARDS AND ACHIEVEMENTS

*Best Lawyers*

Super Lawyers

## AFFILIATIONS AND COMMUNITY INVOLVEMENT

**Member,** West Virginia State Bar

**Member,** West Virginia Bar Association

**Member,** American Bar Association

**Member,** Kanawha County Bar Association

**Barrister,** Judge John A. Field American Inns of
Court

**Member, Criminal Justice Act Advisory Panel,
United States District Court for the Southern
District of West Virginia**

**Former Member,** Charleston Sanitary Board,
**2008 to present**

## REPRESENTATIVE CASES

This may be considered AN ADVERTISEMENT or Advertising
Material under the Rules of Professional Conduct governing
lawyers in West Virginia. This web site is designed for general
information only. The information presented at this site
should not be construed to be formal legal advice nor the
formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This
site made by: MESH.DESIGN

Call:       **304-346-5500**
Fax:        **304-346-5515**
Email:      **info@handl.com**



214 Capitol St, Charleston,
WV 25301



OUR FIRM        OUR PEOPLE ▾

PRACTICE AREAS ▾      NEWS      CONTACT

304-346-5500

*United States v. Kevin Ball*, (S.D. W. Va. 2001)

*Norfolk S. Ry. Co. v. Chief Justice Warren McGraw*, No. 02-2032 (S.D. W. Va.)

*Mid-State Sur. Corp. v. Thrasher Eng'g, Inc.*, No. 2:04-813 (S.D. W. Va.)

*United States v. Ashworth*, No. 2:03-cr-00278 (S.D. W. Va.)



This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia.This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:      304-346-5500
Fax:       304-346-5515
Email:     info@handl.com

214 Capitol St, Charleston, WV 25301





**OUR FIRM**          **OUR PEOPLE** ▾          **304-346-5500**

**PRACTICE AREAS** ▾     **NEWS**     **CONTACT**

**ATTORNEYS**                    ## OUR PEOPLE

David K.
Hendrickson

R. Scott Long

Barbara Allen-
Samples                          ### JOHN K. CECIL | H AND L

Eric R. Arnold

Gene Bailey                      

Guy R. Bucci

**John K. Cecil**

Carl L. Fletcher, Jr.

Jeffry H. Hall

Andrew W.                        
Holbrook

Ashley N. Lynch

David F. Nelson

Raj A. Shah                      **Hendrickson & Long, PLLC**

J. Andrew Skeens                 214 Capitol St.
                                 Charleston, WV 25301
H. Jerome Sparks
                                 Tel: **304-346-5500**
John H. Tinney, Jr.              Direct: **304-414-4353**
                                 Mobile: **304-522-2747**
**PARALEGALS**                   Fax: **304-346-5515**
                                 Email: **jcecil@handl.com**

This may be considered AN ADVERTISEMENT or Advertising     Call:   **304-346-5500**         
Material under the Rules of Professional Conduct governing   Fax:    304-346-5515
lawyers in West Virginia. This web site is designed for general   Email:  info@handl.com
information only. The information presented at this site
should not be construed to be formal legal advice nor the    214 Capitol St, Charleston,
formation of a lawyer/client relationship.                   WV 25301

© 2019 Hendrickson & Long, PLLC. All rights reserved. This
site made by: MESH DESIGN.





**OUR FIRM**       **OUR PEOPLE** ▾              **304-346-5500**

Jodi Knight

**PRACTICE AREAS**      John attended West Virginia University, where

John attended West Virginia University, where he was a Golden Key National Honoree, a three-time recipient of the Presidential Award of Academic Excellence, and a member of Phi Beta Kappa. After graduating *summa cum laude*, John attended the West Virginia University College of Law. He was a recipient of the Philip H. Hill Scholarship and CALI Awards for Legal Research and Writing, Administrative Law, and Professional Responsibility. He earned his Doctor of Jurisprudence in 2002.

Following his graduation, John clerked for the Honorable O.C. Spaulding, former Chief Judge for the Twenty-Ninth Judicial Circuit in Putnam County, West Virginia. Since his clerkship, John has focused his practice on litigation, successfully representing individuals, governmental entities, and corporations in both state and federal courts in a variety of cases ranging from contractual disputes to wrongful death actions.

## PRACTICE AREAS

Appellate, Business, Civil Litigation, Insurance Defense, Personal Injury, Product Liability

## EDUCATION

J.D., West Virginia University College of Law, 2002

B.A., *summa cum laude*, West Virginia University, 1999

## BAR ADMISSIONS

Supreme Court of Appeals of West Virginia

United States District Court for the Southern District of West Virginia

This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:       304-346-5500
Fax:        304-346-5515
Email:      info@handl.com

214 Capitol St. Charleston, WV 25301





**OUR FIRM**          **OUR PEOPLE** ▼

**304-346-5500**

**PRACTICE AREAS** ▽     **NEWS**     **CONTACT**

5274361 (S.D. W. Va. Sept. 18, 2013)

*Wright v. Sutton*, 2011 WL 1232607 (S.D. W.Va. Mar. 29, 2011)

White v. Am. Gen. Ins. Co., **651 F. Supp. 2d 530 (S.D. W. Va. 2009)**

*State ex rel. Nationwide Mut. Ins. Co. v. Kaufman*, **222 W. Va. 37, 658 S.E.2d 728 (2008)**

*Turnpike Ford, Inc. v. Ford Motor Co.*, **415 F. Supp. 2d 666 (S.D. W. Va. 2006)**

*State ex rel. Valley Radiology, Inc. v. Gaughan*, **220 W. Va. 73, 640 S.E.2d 136 (2006)**



This may be considered AN ADVERTISEMENT or Advertising Material under the Rules of Professional Conduct governing lawyers in West Virginia.This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2019 Hendrickson & Long, PLLC. All rights reserved. This site made by: MESH DESIGN

Call:    **304-346-5500**
Fax:     **304-346-5515**
Email:   **info@handl.com**

*214 Capitol St, Charleston WV 25301*

