IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, JAMES ECKHOFF, MARICEL LOPEZ, CRAIG KAISER, JOHN F. PRENDERGAST, RAYMOND and ROSARIO ALVAREZ, KAREN EASON, JENNIFER SOWERS, JENNIFER FRANKLIN, JORDAN AMRANI, CRYSTAL GILLESPIE, MELISSA STALKER, DILLEN STEEBY, PAULA McMILLIN, JOSEPH C. HARP Jr., and JAMES and MELISSA JUGO TINNEY, individually and on behalf of all others similarly situated, | CASE NO. 3:17-CV-01091-VAB |
| v. | |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. and TOYOTA MOTOR MANUFACTURING, INDIANA, INC. | |

**DECLARATION OF ERIC L. DIRKS IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES,
AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES**

I, Eric L. Dirks, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a founding partner of the law firm of Williams Dirks Dameron LLC, in Kansas City, Missouri where I focus my practice on complex litigation, including nationwide class actions and product liability. I have acted as counsel on dozens of class actions, I have settled numerous class actions, tried a class action to verdict and appeal in federal court, and successfully argued the issue of class certification before the Missouri Supreme Court.

2. I am admitted to practice in the State of Missouri as well as numerous federal courts.

3. My firm filed the first case involving the Toyota Sienna defect at issue in this case. *Steeby v. Toyota Motor Sales, U.S.A. Inc.*, No. 4:17-cv-00486-DGK (W.D. Mo.). It was filed on June 14, 2017. The *Steeby* case was later informally consolidated into the *Combs v. Toyota Motor Corporation*, No. 2:17-cv-04633-VAP-AFM (C.D. Cal.)

4. I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives. I have personal knowledge of the matters set forth herein and am competent to testify with respect thereto.

5. From May of 2017 through April 30, 2019, my firm has expended 130 hours of work in connection with this litigation (after an exercise of billing judgment). Based upon customary rates in this type of litigation in the Kansas City area, the lodestar value of that time is $58,975.00.

6. My firm's work on this case was performed on a wholly-contingent basis pursuant to contingency fee contracts with the named Plaintiffs Dillen Steeby and Paula McMillen. My firm has not received any amounts in connection with this case, either as fee income or expense reimbursement.

7. The most recent lodestar rates that have been crosschecked in the Kansas City area for class action litigation range from $695-$865 per hour for partners and from $350-$475 for associates. *See In re: Syngenta AG MIR 162 Corn Litigation,* No. 14-md-2591 (D. Kan.) (conducting lodestar cross check and finding these rates "generally reasonable" for Kansas City class action firm).[1]

---

[1] I was previously an equity partner at this firm. *See also id.* at Docket No. 3587-1 at 131-132 (chart of rates for timekeepers at Kansas City class action firm).

2

8. Shown below is a true and correct summary (after the exercise of billing judgment which eliminated the hours of certain individuals and reduced the hours of the individuals listed below) identifying the attorneys who have worked on this litigation, the number of hours, those individuals have worked, their hourly billing rates, and their respective lodestar values. We anticipate that additional time and expenses will be incurred for the work that Williams Dirks Dameron LLC will be performing on this matter through the conclusion of the settlement.

- Eric L. Dirks – Partner – $26,950.00 (38.5 hours @ $700/hour)
- Amy Jackson – Associate – $32,025.00 (91.5 hours @ $350/hour)

9. These amounts were derived from contemporaneous daily time records compiled on this matter, which are recorded in our computerized database. The firm exercises regular and contemporaneous recording of time records, which occurred in this case.

10. The lodestar summary reflects Williams Dirks Dameron's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

11. Williams Dirks Dameron LLC has advanced a total of $1,040.29 in expenses (after the exercise of billing judgment) reasonably and necessarily incurred in connection with the prosecution of this matter. They are broken down as follows:

- Court Fees: $806.00
- Electronic Research: $234.29

12. These expenses are reflected in the books and records regularly kept and maintained by my firm.

13. In my opinion, the time expended and incurred in prosecuting this action were reasonably and necessary for the diligent litigation of this matter.

14. As reflected in the attached resume for my firm, I have significant experience in prosecuting a significant number of class action cases on behalf of consumers nationwide. Many of those cases resulted in settlements on behalf of those consumer classes, achieving millions of dollars in recoveries for consumers.

15. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2019                             By: _____
                                                    Eric L. Dirks

WILLIAMS | DIRKS | DAMERON
ATTORNEYS

Williams Dirks Dameron is a Kansas City-based law firm devoted to representing individuals, public entities, and businesses in high-stakes, complex litigation. The firm and its attorneys have extensive experience representing consumers and other claimants in cases alleging violations of consumer protection laws and antitrust laws.

The firm was founded by three partners who started their careers litigating at large, national law firms. The firm's attorneys have received numerous recognitions from their peers including being repeatedly named in the Kansas City Business Journal's "Best of the Bar", Missouri and Kansas Super Lawyers, including Top 50 in Missouri and Kansas, The National Trial Lawyer's Top 100 Civil Plaintiff's Trial Lawyers and is AV rated, the highest rating for both legal skill and ethics standards, by publisher Martindale Hubbell.

Collectively and throughout their careers, the firm's attorneys have recovered over $100 million for claimants in complex litigation.

## Michael A. Williams

Michael specializes in Labor & Employment law, litigating discrimination and retaliation claims on behalf of plaintiffs.

After graduating from the University of Missouri with his B.A. in 1995 and his J.D. in 1998, Michael joined Lathrop & Gage LLC defending large and medium-sized corporations across the United States in discrimination and retaliation claims. In 2002, he became one of the firm's youngest lawyers in history to serve as first chair at a federal trial. Michael was elected to firm partnership, effective January, 2006.

In 2010, Michael established his own firm to pursue his passion for defending the rights of individuals denied their civil and equal employment rights. Since founding Williams Law LLC, the firm has grown to six attorneys, and is now Williams Dirks Dameron LLC.

In addition to his legal work, Michael is a member of the Missouri Bar, Kansas City Metropolitan Bar Association, American Association for Justice, Missouri Association of Trial Attorneys and National Employment Lawyers Association. In 2004, he became the first African American to serve on the Kansas Bar Association Board of Governors. He also previously served on the Board of Governors for the Young Lawyers Section of the Missouri Bar.

Michael has twice returned to the University of Missouri School of Law as an adjunct professor and has received Distinguished Recent Alumni Awards both from the School of Law and the MU College of Arts and Sciences. In 2014, he received the the Alumni Award from the University of Missouri.

Michael serves as a mentor and board member for Higher M-PACT, a non-profit group working with at-risk inner-city youth. He also works closely with

WILLIAMS | DIRKS | DAMERON
ATTORNEYS

Hope House, the United Way Young Leaders Society, and numerous other organizations. The Missouri Bar awarded him the Tom Cochran Community Service Award in 2014.

Michael currently resides in Kansas City, Missouri with his wife and daughter.

**EDUCATION**
University of Missouri Columbia School of Law, J.D.
University of Missouri Columbia, B.A.

**BAR ADMISSIONS**
Missouri
Kansas

# Eric L. Dirks

Eric represents consumers who have been injured on a contingency basis. Eric's litigation practice includes: class action, commercial disputes, wage and hour and personal injury. Eric has extensive experience on both the plaintiff and defense side of cases. Now he focuses on representing individuals and businesses who are looking for an alternative to paying a lawyer by the hour.

Eric started his career at one of Kansas City's largest law firms. While there, he represented well-known corporate clients in the areas of products liability, class actions, and complex litigation. From there, he became a partner at one of Kansas City's most prestigious plaintiffs law firms.

Eric is routinely recognized by "Best of the Bar" and "Super Lawyers" as one of the top attorneys in Missouri and Kansas. In fact, Eric has been recognized as one of the top 50 lawyers in Kansas City by Super Lawyers. Eric is AV rated by Martindale Hubbell. He is also active in his community. For example, in July 2015, Governor Jay Nixon appointed Eric to the Missouri Ethics Commission. The Missouri Senate confirmed Eric to the Commission in 2016. The Missouri Ethics Commission serves the public interest by promoting and maintaining transparency, accountability, and compliance with campaign finance, lobbying and conflict of interest laws. Eric served the Commission and the State of Missouri through 2018. Eric also serves on the board of Steam Studio, a nonprofit STEM program for students in the City's core.

Eric has represented individuals and classes nationwide and obtained relief for clients totaling over $75 million, including settlements against companies such as Bank of America and Wells Fargo. He has also handled numerous copyright and trademark disputes for plaintiffs and defendants across the country achieving favorable verdicts and settlements. Eric won the first ever wage and hour overtime class action trial in the state of Kansas against Tyson Foods in 2011. Eric also successfully argued the issue of class certification before the Missouri Supreme Court in *State ex rel. Fogle Enterprises, et al. v. Johnson*, No. SC95949. Eric has also helped recover millions of dollars for clients injured by the negligence of others.

Eric serves as lead counsel on numerous class and collective actions in the Midwest and elsewhere. As a contingency lawyer, Eric provides legal representation for those who need outstanding representation without the cost and expense of a large firm.

Eric's success as a contingency lawyer was no accident — he worked hard to become such an accomplished professional. He attended the University of Iowa for law school where he received his J.D., with high distinction and was elected to the Order of the Coif. Eric received his B.A. in English from the University of Kansas in 1999.

Before college, Eric enlisted in the United States Army Reserves where he was a combat medic and went on to obtain the rank of Sergeant. He takes the discipline, professionalism, and respect for others he learned in the military with him whenever he goes to court — contingency fee cases are no exception.

**EDUCATION**
University of Iowa College of Law, Iowa City, Iowa, J.D.
Honors: High Distinction
Honors: Order of the Coif
University of Kansas, B.A.

**BAR ADMISSIONS**
Missouri
U.S. District Court Western District of Missouri
U.S. District Court Eastern District of Missouri
U.S. District Court District of Kansas
U.S. District Court District of Colorado
U.S. Court of Appeals 10th Circuit
U.S. Court of Appeals 9th Circuit

## Matthew L. Dameron

Matt's practice focuses on representing businesses, individuals, and classes in complex litigation.  Matt's work includes class actions, individual cases, and commercial disputes.

Matt earned his law and undergraduate degrees from the University of Missouri. In law school, he served as Editor in Chief of the Journal of Dispute Resolution.

Matt previously clerked for the Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri. Before law school, Matt served as the Campaign Coordinator for Congressman Ike Skelton. He is a native of Sedalia, Missouri.

Matt is currently handling the following matters:

- An antitrust matter on behalf of the Mississippi Attorney General's Office concerning alleged anticompetitive conduct by manufacturers of automotive component parts.
- A proposed class of investors who held warrants in a global corporation.
- A proposed class on behalf of citizens in St. Louis County who paid unlawful water ISRS fees.
- A proposed class of Missourians who were victims of a data breach against their health insurer.
- A proposed class on behalf of individuals whose alcohol and drug treatment health records were wrongfully disclosed.
- A proposed class of Nissan owners who experienced floorboard rust in their vehicles due to the vehicle's defective design.
- A case on behalf of investors in a defunct corporation against the corporation's board and officers alleging fraud and misrepresentation.
- Two proposed classes on behalf of Missouri consumers who paid unlawful fees for their medical health records.
- In addition to his litigation work, Matt is an advisor and counsel for a variety of other ventures, including:
- An investment management company with over $100 million in assets under management;
- A mobile payment start-up company founded in Kansas City; and
- A not-for-profit association that works to enhance economic opportunities between twelve Midwest states and China.

Matt also previously was appointed to serve as a Special Prosecutor for the Prosecuting Attorney's office in Jackson County, Missouri.

**EDUCATION**
University of Missouri Columbia School of Law, J.D.
University of Missouri Columbia, B.A.

**BAR ADMISSIONS**
Supreme Court of the United States
Missouri
Kansas
New York
U.S. District Court, Western District of Missouri
U.S. District Court, District of Kansas

# Kevin J. McManus

Kevin focuses his legal practice primarily in the areas of personal injury and business disputes in state and federal court. His legal experience is broad and diverse and includes cases involving serious injury or wrongful death, product liability, breach of contract, fraud, shareholder disputes, and real estate/construction litigation.

WILLIAMS | DIRKS | DAMERON
ATTORNEYS

Kevin is passionate about protecting the rights of those he represents. In addition to his legal expertise, he has a keen eye for detail and the ability to see the whole picture. These qualities, together with his client-centered, results-driven approach, make him someone you want in your corner regardless of the situation.

Kevin began his legal career as an attorney at a large, national Kansas City firm, and more recently, he was a partner at a regional law firm based in Kansas City. Kevin has been as recognized as "Best of the Bar" by the Kansas City Business Journal and as a Super Lawyers "Rising Star" in Missouri and Kansas. In 2017, Ingram's magazine named Kevin as a "Forty under 40" honoree. He is a member of the Missouri and Kansas Bars and a graduate of the Ross T. Roberts Trial Academy Program of the Kansas City Metropolitan Bar Association.

In addition to practicing law, Kevin represents the 6th District of the City Council for Kansas City, Missouri. Prior to serving on the City Council, Kevin served in the Missouri House of Representatives for five years, first elected in 2010 and re-elected in 2012 and 2014. The Missouri Bar awarded Kevin its Legislative Award in 2012 for his outstanding commitment to improving the administration of justice in Missouri.

Kevin earned his undergraduate degree in Government from the University of Notre Dame and his law degree from Saint Louis University. While in law school, Kevin served as a judicial intern for the Honorable Richard E. Webber, U.S. District Court of the Eastern District of Missouri.

Kevin, his wife, and their two sons live in Kansas City, Missouri.

**EDUCATION**
Saint Louis University School of Law, J.D., Magna cum laude
Order of the Woolsack
Law Journal, Note and Comment Editor
1843 Scholar
University of Notre Dame, B.A., Summa cum laude

**BAR ADMISSIONS**
Missouri
Kansas
U.S. District Court, Western District of Missouri
U.S. District Court, District of Kansas



## Thomas J. Bailey

Tom is an associate attorney at Williams Dirks Dameron. He is an experienced trial attorney with more than 30 cases tried before juries and judges. Tom has managed all aspects of litigation including investigation, discovery, depositions and the trial of cases. He is also experienced in writ litigation and recently authored a motion that was argued at the Missouri Supreme Court.

Prior to joining the firm, Tom was an attorney with the Missouri State Public Defender representing clients throughout northwest Missouri. In the Jackson County Trial Office, he served as both the juvenile coordinator and a trial team leader with supervisory responsibility of other attorneys. Tom is a frequent lecturer at continuing legal education seminars on numerous topics for both the public and private bar. A yearly award given in the Jackson County Trial Office for achieving outstanding results bears Tom's name.

During law school, Tom was the research assistant for professor Tiffany Murphy, the former legal director of the Midwestern Innocence Project. He also interned with the Federal Public Defender of the Western District of Missouri and was the Vice President of the Delta Theta Phi Legal Fraternity.

Tom currently resides in Kansas City, Missouri with his wife.

**EDUCATION**
The University of Missouri-Kansas City School of Law, J.D.
Northwest Missouri State University, B.S., Cum laude

**BAR ADMISSIONS**
Missouri



# Amy R. Jackson

Amy is an associate attorney at Williams Dirks Dameron. She represents clients on an individual and class-wide basis in a broad range of legal disputes. Her practice primarily focuses on: class actions, commercial litigation, workplace discrimination, personal injury, and employment contract disputes.

Amy was born and raised in the Kansas City area and brings a unique perspective to the firm. Prior to law school, Amy was a paralegal for a nationally based litigation firm and was part of trial teams litigating cases across the United States.

During law school, Amy excelled as a member of the editorial board for Law Review and her article, Montanile v. Board of Trustees of the National Elevator Industry Health Benefit Plan: Collaring the ERISA Beast, was chosen for publication.

In addition, Amy was President of the student chapter of the Missouri Association of Trial Attorneys, a board member of the Hispanic Law Students Association, a member of the Association of Women Law Students, and inducted into the International Legal Honor Society of Phi Delta Phi.

Throughout her law school experience, she competed in various mock trial competitions. Amy was also a recipient of the Tiera Farrow Scholarship Award and the Advocacy Scholarship.

Amy lives in Kearney, Missouri and enjoys spending time with family and friends.


**EDUCATION**
The University of Missouri-Kansas City School of Law, J.D.
The University of Missouri-Kansas City, B.S.

**BAR ADMISSIONS**
Missouri
Kansas
U.S. District Court, Western District of Missouri
U.S. District Court, District of Kansas

**PROFESSIONAL ASSOCIATIONS**
The Missouri Bar Leadership Academy, 2018-2019
The Kansas City Metropolitan Bar Association
The Kansas City Metropolitan Bar Association, Young Lawyers Section
The Missouri Association of Trial Attorneys
The Association of Women Lawyers of Greater Kansas City
The Hispanic Bar Association of Greater Kansas City
University of Missouri-Kansas City School of Law Young Alum - Council Member



## Jennifer L. Hubbard

Jennifer zealously assists people who have been discriminated against or harassed at their place of employment with their legal claims. When it comes to labor lawyers, Jennifer is one of the best. Labor law can be complicated, but Jennifer helps people who have suffered discrimination, harassment, or retaliation based on their race, color, sex, national origin, ancestry, age, disability, or religion. Additionally, Jennifer assists people with their legal claims for sexual harassment and FMLA interference and retaliation. It takes a passionate and knowledgeable labor lawyer to provide due diligence in these cases, and Jennifer is just the professional to do it.

Jennifer graduated from the University of Tulsa College of Law, serving as the Notes & Comments Editor of the Tulsa Law Journal. Jennifer, one of our most skilled labor lawyers, also received the CALI AM JUR Award in appellate brief writing.

Jennifer resides in Overland Park with her husband and two children.

**EDUCATION**
University of Tulsa College of Law, J.D.
Drury University

**BAR ADMISSIONS**
Missouri
Kansas
Texas
California
U.S. District Court for the District of Kansas



# Drew W. Rogers

Drew is an associate attorney at Williams Dirks Dameron. He represents clients on an individual and class-wide basis in a broad range of legal disputes. His practice primarily focuses on: class actions, commercial litigation, wage and hour class litigation, workplace discrimination, personal injury, and employment contract disputes.

Drew hails from the Kansas City region.  Coming from an entrepreneurial family, he learned the value of hard work from a young age. Before law school, he worked at a software company based in Mission, Kansas.

Drew sought out a variety of leadership roles during law school, serving as the Treasurer of the ACLU Student Alliance; a Class Representative in the Student Bar Association; Senator on behalf of the law school to the Student Government Association; and finally, President of the Student Government Association. In addition to law school, he also graduated with his Master of Business Administration.

Drew lives in the Waldo neighborhood of Kansas City. He enjoys walking the trolley trail with his dog, competing in recreational sports, attending professional and collegiate sporting events, volunteering with Big Brother Big Sisters of Greater Kansas City, and spending time with friends and family.

**EDUCATION**
The University of Missouri-Kansas City School of Law, J.D.
The University of Missouri-Kansas City, MBA
Kansas State University, B.S.

**BAR ADMISSIONS**
Missouri
U.S. District Court, Western District of Missouri
U.S. District Court, Eastern District of Missouri

**PROFESSIONAL ASSOCIATIONS**
The Kansas City Metropolitan Bar Association
Young Professionals Board of Legal Aid of Western Missouri
Missouri Association of Trial Attorneys