IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, JAMES ECKHOFF, MARICEL LOPEZ, CRAIG KAISER, JOHN F. PRENDERGAST, RAYMOND and ROSARIO ALVAREZ, KAREN EASON, JENNIFER SOWERS, JENNIFER FRANKLIN, JORDAN AMRANI, CRYSTAL GILLESPIE, MELISSA STALKER, DILLEN STEEBY, PAULA McMILLIN, JOSEPH C. HARP Jr., and JAMES and MELISSA JUGO TINNEY, individually and on behalf of all others similarly situated, | CASE NO. 3:17-CV-01091-VAB |
| v. | |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. and TOYOTA MOTOR MANUFACTURING, INDIANA, INC. | |

**DECLARATION OF JEFFREY S. HURST IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES,
AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES**

JEFFREY S. HURST hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm of MONTELEONE & McCRORY, LLP. I joined MONTELEONE & McCRORY, LLP in 1996. While at the firm I have participated in construction defect litigation, extra work claims against public entities, payment bond litigation and class action litigation as legal counsel. I have been lead trial counsel in at least four (4) class action cases and co-counsel in numerous others.

2.     I received my undergraduate degree from the University of California in San Diego in 1985, where I graduated eligible for honors. I received my law degree from the University of California at Los Angeles in 1988. I became a partner at MONTELEONE & McCRORY, LLP in 2005 and am currently a senior partner.  I am AV rated by Martindale & Hubbard.  I have received several peer reviewed honors such and Southern California Super Lawyers and Best Attorneys among several others.

3.     I am admitted to practice in the State of California, including the Central District Federal Court.  I acted as sole local counsel in this case which included the initial filing of the complaint, filing of Pro Hac Vice and insurance of compliance with the California Rules of Court and Local Rules.  I reviewed all pleadings in this case and orders from the Court.  I am informed and believe that no pleadings filed by plaintiffs were rejected for failure to comply with California Rules of Court or Local Rules.

4.     I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives.  I have personal knowledge of the matters set forth herein and competent to testify with respect thereto.

5.     From June 22, 2019 through May 6, 2019 my firm has expended 39.5 hours of billable work by myself and paralegals in connection with this litigation.  Based upon our customary rates in this type of litigation, the lodestar value of that time is $12,590.00 based upon current rates.

6.     My firm's work on this case was performed on a wholly-contingent basis pursuant to contingency fee contracts with the named Plaintiffs.  MONTELEONE & McCRORY, LLP has not received any amounts for attorneys' in connection with this case.  MONTELEONE & McCRORY, LLP has been reimbursed for expenses by various co-counsel.

7. Shown below is a true and correct summary identifying the attorneys and paralegals who have worked on this litigation, the number of hours, those individuals have worked, their regular hourly billing rates, and their respective lodestar values. I anticipate that additional time and expenses will be incurred for the work that MONTELEONE & McCRORY, LLP will be performing on this matter through the conclusion of the settlement. This declaration is based upon billable and paralegal time through May 6, 2019.

8. I have been practicing law for 30 years in Los Angeles. I am familiar with the rates charge by similar sized firms who perform similar work in Los Angeles both through the review of motions for attorneys' fees and speaking directly with my colleagues in similar firms about the rates the routinely charge for paralegals and attorneys. The hourly rates shown below are the usual and customary lodestar rates charged in Los Angeles in which the firm typically handles cases for each individual doing the type of work performed in this litigation. These rates were not adjusted, notwithstanding the complexity of this litigation, the skill and tenacity of the opposition, the preclusion of other employment, the delay in payment, or any other factors that could be used to justify a higher hourly compensation. Additionally, MONTELEONE & McCRORY routinely charges and is paid these rates for work it does on an hourly basis and I have personally been paid retainers and received attorneys' fees awards based upon these rates.

- Jeffrey S. Hurst – Partner - $10,455.00 (24.6 hours @ $425/hour)
- Sallie A. Raspa – Paralegal - $1,335.00 (8.9 hours @ $150/hour)
- Pamela Vankesteren – Paralegal - $300.00 (2 hours @ $150/hour)
- Elena Swatek – Paralegal - $500.00 (4 hours @ $125/hour)

9. These amounts were derived from contemporaneous daily time records compiled on this matter, which are recorded in our computerized database. The firm requires regular and contemporaneous recording of time records, which occurred in this case.

10. The lodestar summary reflects MONTELEONE & McCRORY, LLP's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services. I personally reviewed all of the billing summaries on a monthly basis to ensure accuracy.

11. My firm advanced the below filing fees and other reimbursable expenses totaling $3,284.38. I reviewed all of the billed fees and expenses to ensure accuracy at the end of each month reviewed an electronic summary of these filing fees and expenses in preparation for drafting this declaration. All of these fees and expense were necessary for the prosecution of this litigation and have been reimbursed by co-counsel. Therefore, MONTELEONE & McCRORY, LLP is not owed anything for fees and expenses as they are included in co-counsel's respective Declarations in support of this Motion for Attorneys' Fees, Expenses and Service Awards for Class Representative.

- Court Fees:          $3,000.00
- Messenger Expense:  $195.88
- Service of Process:  $88.50

12. These expenses are reflected in the books and records regularly kept and maintained by my firm.

13. In my opinion, the time expended and incurred in prosecuting this action were reasonably and necessary for the diligent litigation of this matter and proper compliance with Federal Rules of Civil Procedure and Local Rules.

14. As reflected in this declaration, I have significant experience in prosecuting a significant number of class action cases on behalf of plaintiffs and defendants in California State and Federal Courts.

15. Based upon my experience, I believe that the proposed Settlement is fair, adequate, and reasonable based upon—among other things as detailed in our briefs—the risks of continued litigation, strength of Plaintiffs' claims, and relief achieved on behalf of the individual Class members. In addition to the significant injunctive relief obtained by the attorneys, consumers are also able to claim the amount that they have paid in eligible out-of-pocket expenses related to repair of the power sliding rear doors at issue in this litigation.

16. This case was litigated over the course of nearly two years, involving a significant amount of dismissal motion practice, informal and confirmatory discovery, and expert work. I am informed a believe that the proposed Class Representatives fulfilled their duties to the Class by ensuring that the proposed Settlement was fair, adequate, and reasonable, stayed abreast of litigation, and provided documents and information as necessary. Accordingly, I believe that the proposed service awards to each of the proposed Class Representatives are also appropriate.

17. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 10, 2019 in Los Angeles, CA.

By:   /s/ Jeffrey S. Hurst
      JEFFREY S. HURST