IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, JAMES ECKHOFF, MARICEL LOPEZ, CRAIG KAISER, JOHN F. PRENDERGAST, RAYMOND and ROSARIO ALVAREZ, KAREN EASON, JENNIFER SOWERS, JENNIFER FRANKLIN, JORDAN AMRANI, CRYSTAL GILLESPIE, MELISSA STALKER, DILLEN STEEBY, PAULA McMILLIN, JOSEPH C. HARP Jr., and JAMES and MELISSA JUGO TINNEY, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. and TOYOTA MOTOR MANUFACTURING, INDIANA, INC. | CASE NO. 3:17-CV-01091-VAB |

**DECLARATION OF ANGELA OWENS IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES,
AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES**

ANGELA OWENS, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm of Gary C. Johnson, PSC.

2. I am admitted to practice in the Commonwealth of Kentucky. I have also been admitted to federal courts in the Commonwealth of Kentucky.

3.   I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives. I have personal knowledge of the matters set forth herein and are competent to testify with respect thereto.

4.   From May 17, 2017 through April 30, 2019, my firm has expended 64 hours of work in connection with this litigation. Based upon our customary rates in this type of litigation, the lodestar value of that time is $275 for attorney time and $50 per hour of paralegal and assistant time.

5.   My firm's work on this case was performed on a wholly-contingent basis pursuant to contingency fee contracts with the named Plaintiffs. Gary C. Johnson, PSC, has not received any amounts in connection with this case, either as fee income or expense reimbursement.

6.   Shown below is a true and correct summary identifying the attorneys, legal assistants and paralegals who have worked on this litigation, the number of hours, those individuals have worked, their regular hourly billing rates, and their respective lodestar values. We anticipate that additional time will be incurred for the work that Gary C. Johnson, PSC will be performing on this matter through the conclusion of the settlement.

7.   The hourly rates shown below are the usual and customary lodestar rates charged in Lexington, Kentucky, and the national venues in which the firm typically handles cases for each individual doing the type of work performed in this litigation. These rates were not adjusted, notwithstanding the complexity of this litigation, the skill and tenacity of the opposition, the preclusion of other employment, the delay in payment, or any other factors that could be used to justify a higher hourly compensation.

| Attorney:  | Angela Owens   | 30 hours | $275 per hour |
| Paralegal: | Tabitha George | 22 hours | $50 per hour  |

2

Legal Asst:   Sara Evans   12 hours   $50 per hour

8. In my opinion, the time expended and incurred in prosecuting this action were reasonably and necessary for the diligent litigation of this matter.

9. Based upon my experience, I believe that the proposed Settlement is fair, adequate, and reasonable based upon—among other things as detailed in our briefs—the risks of continued litigation, strength of Plaintiffs' claims, and relief achieved on behalf of the individual Class members. In addition to the significant injunctive relief obtained by the attorneys, consumers are also able to claim the amount that they have paid in eligible out-of-pocket expenses related to repair of the power sliding rear doors at issue in this litigation.

10. This case was litigated over the course of nearly two years, involving a significant amount of dismissal motion practice, informal and confirmatory discovery, and expert work. The proposed Class Representatives fulfilled their duties to the Class by ensuring that the proposed Settlement was fair, adequate, and reasonable, stayed abreast of litigation, and provided documents and information as necessary. Accordingly, I believe that the proposed service awards to each of the proposed Class Representatives are also appropriate.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2019

By: _____
Angela Owens