UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NED SIMERLEIN, JAMES ECKHOFF, MARICEL LOPEZ, CRAIG KAISER, JOHN F. PRENDERGAST, RAYMOND and ROSARIO ALVAREZ, KAREN EASON, JENNIFER SOWERS, JENNIFER FRANKLIN, JORDAN AMRANI, CRYSTAL GILLESPIE, MELISSA STALKER, DILLEN STEEBY, PAULA McMILLIN, JOSEPH C. HARP Jr., and JAMES and MELISSA JUGO TINNEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR MANUFACTURING, INDIANA, INC., <br><br> Defendants. | Case No. 3:17-cv-01091-VAB <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> August 5, 2019 |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF
<u>UNOPPOSED MOTION FOR SUPPLEMENTAL EXPENSES</u>**

Pursuant to Federal Rule of Civil Procedure 23(h), Plaintiffs[1] respectfully submit this memorandum of law in support of their motion for reimbursement of $49,179.97 in additional litigation expenses that were reasonably and necessarily incurred in prosecuting and resolving the Action.[2] Defendants Toyota Motor Corporation ("TMC"), Toyota Motor North America, Inc. ("TMNA"), Toyota Motor Sales, USA, Inc. ("TMS"), Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA") and Toyota Motor Manufacturing, Indiana, Inc. ("TMMI") ("Toyota" or "Defendants") do not oppose the Motion.

In a certified class action a court may award nontaxable costs as "authorized by law or by the parties' agreement." Fed. R. Civ. P. 23(h); *see also Kemp-Delisser v. Saint Francis Hospital and Medical Center*, 2016 WL 6542707, at *18 (D. Conn. Nov. 3, 2016) ("Courts may reimburse counsel for expenses reasonably and necessarily incurred in litigating a class action."); *Jermyn v. Best Buy Stores, L.P.*, 2012 WL 2505644, at *9 (S.D.N.Y. June 7, 2012) ("Attorneys may be compensated for reasonable out-of-pocket expenses incurred and customarily charged to their clients, as long as they were incidental and necessary to the representation of those clients.") (quoting *Miltland Raleigh–Durham v. Myers*, 840 F. Supp. 235, 239 (S.D.N.Y 1993)).

On June 10, 2019, the Court granted final approval of the Parties' Settlement Agreement, certified the proposed Class, and granted Class Counsel's request for reimbursement of expenses in the amount of $370,972.29. (Dkt. No. 137.) The Settlement Agreement provides that Class Counsel may seek reimbursement, to be paid by Toyota, of their out-of-pocket costs and expenses

---

[1] Plaintiffs are Ned Simerlein, James Eckhoff, Maricel Lopez, Craig Kaiser, John Prendergast, Raymond and Rosario Alvarez, Karen Eason, Jennifer Sowers, Jennifer Franklin, Jordan Amrani, Crystal Gillespie, Melissa Stalker, Dillen Steeby, Paula McMillin, Joseph C. Harp Jr., and James and Melissa Jugo Tinney. Second Amended Class Action Complaint ("Second Amended Complaint" or "SAC"), ¶¶18-68.

[2] A copy of the Settlement Agreement ("SA") was filed with the Court on December 11, 2018, together with Plaintiffs' Motion for Preliminary Approval. ECF 85. Unless otherwise indicated, capitalized terms have the meanings given to them in the Settlement Agreement. *See* SA, § II.

in an amount not to exceed $500,000. (Dkt. No. 85 at VIII.B.) The Long Form Notice of the Settlement Agreement, which was provided to the Class members, explained that Class Counsel would seek reimbursement of out-of-pocket costs and expenses in an amount not to exceed $500,000. (Dkt. No. 110-1 at 15-16.)

Since previously moving for the reimbursement of expenses on May 10, 2019 (Dkt. No. 125), Class Counsel have incurred additional expenses in conjunction with the settlement and have also become aware of additional expenses that they incurred in connection with the successful prosecution of this action, in the aggregate amount of $49,179.97. These expenses are itemized in further detail in the Declarations submitted herewith. When combined with the expenses that the Court already awarded (Dkt. No. 135), the total amount of expenses for which Class Counsel seeks reimbursement is $420,152.26 which is less than the $500,000 limit agreed to by Toyota in Section VIII.B. of the Settlement Agreement and included in the notice to the Class.

Because Rule 23(h) allows for the award of expenses incurred by counsel in connection with the successful prosecution, and the amount of expenses sought by Plaintiffs is consistent with the terms of the Settlement Agreement, Plaintiffs respectfully request that the Court award Class Counsel additional expenses in the amount of $49,179.97.

Dated: August 5, 2019                    Respectfully submitted,

                                By:  /s/ David A. Slossberg
                                     **HURWITZ SAGARIN SLOSSBERG
                                     & KNUFF, LLC**
                                     David A. Slossberg (ct13116)
                                     Jeffrey P. Nichols (ct29547)
                                     147 North Broad Street
                                     Milford, Connecticut 06460
                                     Tel: (203) 877-8000 / Fax: (203) 878-9800
                                     dslossberg@hssklaw.com
                                     jnichols@hssklaw.com

                                     *Liaison Counsel for Plaintiffs*

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Demet Basar
Kate McGuire
Lydia Keaney Reynolds
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
basar@whafh.com
mcguire@whafh.com
reynolds@whafh.com

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
W. Daniel "Dee" Miles III
H. Clay Barnett, III
272 Commerce Street
Montgomery, Alabama 36104
Tel: (334) 269-2343
Dee.Miles@Beasleyallen.com
Clay.Barnett@Beasleyallen.com

**DICELLO LEVITT GUTZLER LLC**
Adam J. Levitt
John E. Tangren
Daniel R. Ferri
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

*Class Counsel*

*Additional Plaintiffs' Counsel:*

**COHEN & MALAD, LLP**
David Cutshaw
Kelley Johnson
Vess Miller
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 636-6481
Fax: (317) 636-2593
dcutshaw@cohenandmalad.com
kjohnson@cohenandmalad.com
vmiller@cohenandmalad.com

**FORCHELLI DEEGAN
 TERRANA LLP**
Elbert F. Nasis
The Omni
333 Earle Ovington Boulevard, Suite 1010
Uniondale, New York 11553
Tel: (516) 248-1700
Fax: (866) 644-6119
enasis@forchellilaw.com

**HENDRICKSON & LONG, PLLC**
R. Scott Long
Guy R. Bucci
John H. Tinney, Jr.
John K. Cecil
214 Capitol Street
Charleston, West Virginia 25301
Tel: (304) 346-5500
scott@handl.com
gbucci@handl.com
jtinney@handl.com
jcecil@handl.com

**WILLIAMS DIRKS DAMERON LLC**
Eric L. Dirks
Amy R. Jackson
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 945-7110
dirks@williamsdirks.com
amy@williamsdirks.com

## **CERTIFICATE OF SERVICE**

I hereby certify that August 5, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ David A. Slossberg